# UNITED STATES DISTRICT COURT
## for the
Southern District of Idaho

Idaho Division

| | |
|---|---|
| Kinner, Timothy | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) |
| IDOC DIRECTOR, et al. | ) |
| _____ | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Timmy Kinner |
| Street Address | PO Box 800 |
| City and County | Raiford |
| State and Zip Code | Florida 32083 |
| Telephone Number | |
| E-mail Address | UNK |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: IDOC DIRECTOR (fnu lnu)
- Job or Title (if known): IDOC DIRECTOR
- Street Address:
- City and County:
- State and Zip Code: unk
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: (Fnu) Captain Hust, K.
- Job or Title (if known): Captain IDOC
- Street Address: unk
- City and County: unk
- State and Zip Code: unk
- Telephone Number: unk
- E-mail Address (if known): unk

Defendant No. 3
- Name: IDOC INTERSTATE COMPACT COORDINATOR, ETC.
- Job or Title (if known): OVERSEES INTERSTATE COMPACT TRANSFERS
- Street Address: unk
- City and County: unk
- State and Zip Code: unk
- Telephone Number: unk
- E-mail Address (if known): unk

Defendant No. 4
- Name: IDOC WARDEN(S) (Fnu)
- Job or Title (if known): WARDEN(S)
- Street Address: unk
- City and County: unk
- State and Zip Code: unk
- Telephone Number: unk
- E-mail Address (if known): unk

(ATTACHMENT)

SEC B. DEFENDANTS LIST

#5 (DEF.) Name: MARISA DOAN

JOB/TITLE: I.C. COORDINATOR @ I.D.O.C.

STREET ADDRESS — UNK
CITY County — UNK
STATE ZIP — UNK
TELEPHONE — UNK
EMAIL —

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I FEEL IDOC & FDOC (IDAHO & FLORIDA) STAFF HAVE & ARE CONSPIRING & ACTED IN CONCERT 2 ASSASSINATE ME & COVER IT UP AS ANYTHING BUT DIS. I CAN'T GET MOVED EVEN THO I'VE BEN SUBJECTD 2 HATE CRIMES & ABUSES DAT CAUSED ME 2 FEAR DOC & OTHER POSSIBLE CULPRITS. I'VE BEN TARGETD BASICALLY BCUZ OF MY ARREST & 1ST AMEND.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* TIMMY KINNER, is a citizen of the State of *(name)* UNK.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* ~~IDOC/FDOC DIRECTOR~~, is incorporated under the laws of the State of *(name)* ~~UNK~~,
       and has its principal place of business in the State of *(name)*
       ~~FLORIDA/IDAHO OR UNITED STATES~~

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* IDOC DIRECTOR, is a citizen of the State of *(name)* UNK. Or is a citizen of *(foreign nation)* UNK

b. If the defendant is a corporation

The defendant, (name) IDOC DIRECTOR, is incorporated under the laws of the State of (name) IDAHO, and has its principal place of business in the State of (name) IDAHO.

Or is incorporated under the laws of (foreign nation) IDAHO, and has its principal place of business in (name) IDAHO (& ELSEWER?).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): I'M NOT SURE OF FULL TOTALITY &/OR LEVEL OF ACTUAL &/OR ALL DAMAGES, YET. BUT DEY DO EXCEED $75,000. SURELY

(NOTE! CONTROVERSY CURRENTLY ON-GOING)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. I GOTA LETTR FROM CPT. HUST BASICALLY SAYIN FUK ME, STOP WRITIN 2 ID BCUZ IM STUK N FL & NOT GETN MOVED EVEN THO MY SAFETY IS ISSUE & I'VE INFRMD IDOC 2 NO AVAIL SO... WARDENS, DIRECTOR, INTERSTATE COMPACT COOR. MARISA DOAN (AS OF MAY 2022) & ET AL, ARE ALL RESPONSIBLE 4 ME NOT BEIN MOVED AGAIN & SUBJECTD 2 FDOC'S CORRUPTION & ABUSES + MIS-CONDUCT, BCUZ POLICY (I.C.C.) SAYS; IF IM A DANGER OR IN DANGER @ DOC THEN I CAN BE MOVED. HOWEVER, I'VE SUFFERD AS A RESULT OF IDAHO D.O.C. STAFF FAILIN 2 MOVE ME & SUBJECTIN ME 2 FDOC AFTER I WROTE & INFORMD MS. DOAN, MR. HUST & JER 4 DIRECTOR, WARDENS & OTHRS SHOULD KNO TOO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I WANT 2 B MOVED 2 CT DOC & I WANT MONEY TO REPLACE SUM OF WHAT I'VE LOSS (TBD), AS EVRYTHING CAN'T BE RE-PLACED. PUNITIVE DAMAGES (T.B.D.) & ACTUAL DAMAGES BCUZ I'M STILL BEING SUBJECTD 2 IMMINENT DANGER/THREATS & EXPERIENCIN ON-GOING PAIN & SUFFRAGE AS A RESULT OF BEIN HERE BY FORCE. DENIED PROPER MEDICAL, FOOD, HYGIENE, RELIGIOUS PRIVILEGES, ALSO, HINDERED FROM ACCESS (PROPER) 2 COURTS 4 PENDING LEGAL MATTERS. MY LIFE IS NOW BASICALLY BEIN GRADUALLY SABOTAGED IN MANY WAYS. CURRENTLY ON HUNGER STRIKE DUE 2 STAFF HAVIN POISOND FOOD PREVIOUSLY HERE @ CURRENT LOCATION (FSP)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan. 24, 2025

Signature of Plaintiff: Jimmy Ki[...]

Printed Name of Plaintiff: Timmy Kinner

"UNDER IMMINENT DANGER / THREAT"

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____