"PERPETUAL DANGER & ON-GOING HARM"

KINNER, TIMMY F91538
(full name/prisoner number)
FSP
PO BOX 800
RAIFORD FL 32083
(complete mailing address)

"AMENDED COMPLAINT"

U.S. COURTS
MAY 19 2025
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

KINNER, TIMMY,

Plaintiff,

v.

ID ATTY GEN 2022-CURRENT, MARISA
DOAN (I.C.C.) KLINTON HUST, IDOC
WARDEN(S), et al,
JOSH TEWALT

Defendants.

Case No.

**PRISONER CIVIL RIGHTS AMENDED COMPLAINT: CONDITIONS OF CONFINEMENT CLAIMS**

Jury Trial Requested:  _X_ Yes  ___ No

## JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims because they arise under the federal Constitution.

## PLAINTIFF

My name is KINNER, TIMMY. I am a citizen of the State of _____, presently residing at PO BOX 800 RAIFORD FL 32083.

**DEFENDANT'S NAME and TITLE (one only)** Marisa Dean
**DEFENDANT'S EMPLOYER and WORK PLACE** IDOC. Placement & Transport Interstate Coordinator

*Prison officials have a duty to ensure that prisoners are provided adequate shelter, food, clothing, sanitation, and personal safety. To state a claim for unlawful conditions of confinement under the Eighth Amendment's cruel and unusual punishment clause, a plaintiff must state facts showing that (1) objectively (meaning, it would be clear to anyone) the plaintiff's deprivation was "sufficiently serious," (2) subjectively, the defendant acted or chose to ignore Plaintiff's needs in a "deliberately indifferent" way, which means the defendant knew of and recklessly disregarded an excessive risk to the plaintiff's needs.*

On this date 5/28/2022 - SINCE ARREST (6/30/2018) BUT, at this place FDOC (PREVIOUSLY IDOC CUSTODY WAS UN-SAFE) RMC & UNION C.I. 2 B PRECISE, I became aware that I had the following serious condition of confinement:

PRIOR 2 INTERSTATE TRANSFER I WAS IN P/C DUE 2 POSSIBLE DANGER DUE 2 CHARGES IN ID. UPON ARRIVAL 5/28/2022 TRANSPORT (2 MALE JOHN DOES) SLANDERED & ENDANGERED ME BY TELLIN RMC STAFF DAT I KILLD A BUNCH OF KIDS (WHICH IS FALSE) EVR SINCE I'VE BEN UNDER ATTACK, LITERALLY, EITHER PHYSICAL, SPIRITUAL OR BOTH. SHORTLY AFTER BEIN DPRIVED OF ALL PREVIOUSLY ENJOYD PROPERTY & CIRCUMSTANCES I REALIZED DAT DIS WAS A MALITIOUS, RETALIATORY TRANSFER ON BHALF OF IDOC ULTIMATELY 2022 ID A.G., BUT ALSO IDOC WARDEN(S) & OTHER POSSIBLE UN-KNOWN PARTIES, SO I STARTED 2 WRITE IDOC & INFORMD DEM IF I WAS MOVED HERE 4 SAFE CUSTODY DAT WAS NO LONGER POSSIBLE, THO I REALIZE IT NEVR ACTUALLY WAS. I GOT NO REPLY & FINALLY MARISA DEAN REPLIED BAK DAT MAY 2023 WAS REVIEW DATE, BUT SAID NOTHING ABOUT MY SAFETY COMPLAINTS & OTHER ISSUES, HER REPLY WAS LITERALLY 2 SENTENCES.

On this date BETWEEN JUN 2022-NOW, this is what I did to ask defendant to fix the serious condition: INFORMD DEM WHICH WARRANTED PROPER ACTION/INTERVENTION. A person named Marisa Dean (who may not be the defendant), responded to my request with this response: YOUR CURRENT PLACEMENT W/ THE FDOC, UNDER THE INTERSTATE CORRECTIONS COMPACT, WILL BE REVIEWD ON AN ANNUAL BASIS, THE NEXT REVIEW WILL BE IN MAY 2023, DATED 11/04/2022 FROM IDOC INTERSTATE COORDINATOR PLACEMENT & TRANSPORT.

From this date to this date, I FEEL DEY ALL KNEW PRIOR BUT NO LATER THAN 11/04/22 to CURRENT, this particular Defendant either learned of the serious condition, or this Defendant refused to fix the condition, or because this Defendant is a prison supervisor, he/she learned that I was claiming that there was a serious condition and did not fix it: MS. DEAN WAS 1ST 2 REPLY BAK 2 COMPLAINTS/CONCERNS. MAYA WALDRON (APPEAL ATTY) KNEW & STATED HER INNOCENCE, BUT I INFORMD HER OF THE CONDITIONS & SABOTAGE DAT EXISTS STILL. AFTER NUMEROUS ATTEMPT @ IDOC 4 A NEW RESPONSE, KLINTON HUST MAULD REPLY DATED 10/24/2024 AS IDOC PLACEMENT MANAGER SAYIN:

MR. KINNER, WE MOVED IL 2 IWER UR BASED OFF OUR POLICY. POLICY 313.02.01.001 IS 2 "MOVE RESIDENTS DUE 2 SAFETY, SECURITY, OR OTHER LEGITIMATE PRISON MANAGEMENT REASONS AS DEEMD NECESSARY". U WER MOVED 4 YOUR SAFETY & SAFETY OF OTHERS. IDOC IS NOT VIOLATING ANY OF IT'S POLICIES BY HOUSING U IN FL, OR FROM U REMAIN IN FL DOC. WE REVIEW EACH RESIDENT WHO WE HOUSE OUT OF STATE ANNUALLY. DER IS NO OTHER INFO DAT WILL BE PROVIDED 2 U, U R SUCCESSFULLY BEING HOUSED WER U R @, WE WILL NOT MOVE U 2 ANOTHER STATE @ DIS TIME. PLEEZ DONT SEND ANYMORE LETTERS REQUESTING 2 B MOVED 2 ANOTHER DOC, AS U WILL NOT BE RESPONDED 2. HE EXPRESSD MALICE COME ON DAY I LEFT ID & BOLD ON DIS REPLY. HE IS DELIBERATELY INDIFFERENT 2 MY SITUATION WHICH IS UN-SAFE BY STATING BASICALLY; "FUK ME" SO HE IS LIABLE 4 SUBJECTING ME 2 DES CONDITIONS WEN DEY SHOULD'VE MOVED ME AFTER I INFORMD DEM OF FL STATE OFFICIALS ENDANGERING ME. HE STATES: "WE" SO DES ARE DEFENDANTS (IDOC AGENTS) DIRECTOR, WARDENS, ATTY. GEN. & POSSIBLE OTHERS.

US COURT
DISTRICT OF IDAHO

Kinner
v. IDOC, et al
Mon May 12 2025

MOTION       Case No: 56 cv AKB

I went 2 court dis morn & was informd specifically dat C.O. has a hit on me. I need your help Ms Brailsford pleez. Des ppl want me dead. Dey made sarcastic talk about shooting me, at court. Dey have body cams & I askd ev 2 wer'm 4 my safety, but der tryin der best 2 harm me off cam. I got on my knees in full DOC chains on waist, blak box, padlock, leg irons & refusd 2 be moved & dey wer tryna harm me, but too many blak ppl witnessd it & I think dis stoppd dem; 4 dat time. But dey let me kno. I had dem cum 2 get me 4 court on hand cam, wen I screamd dat Cpt. Moody, John had threatnd me sayin: "U kno I dont give a fuk bout dat camera I'll still beat ur ass!" I jus braced myself cuz dey can easily..too easily, unfortunately.. blok view of cam on purpose & lie & say I moved & use illegal force on me as b4, & say I became combative, which I'd nevr be dat dumb while in cuffs. anyway, wen I got in view of multiple cams & on hand cam I stated wot he John Moody had said about beating my ass on cam & another supervisor killd recordin bcuz dey don't want it out, but I'm tryna xpose dis evil, b4 dey kill me. I've ben beat & I'm really trapd. Surrounded on all sides by evil & judge in local racist court isn't wanna let me go pro se & I've xpressd dis 2 him but dunt kno wer 2 report dis judicial misconduct bcuz I told him dis on 1st appear & he still went against my will. I'm almost don in. I need 2 b recorded @ all times wen & by exitin cell 4 my safety, bcuz dey'r not posed 2 cum n cell off cam & restrain me but dey do & I'm not safe bcuz of dis & other practices. Dis was all 2day, but it's evryday.

I certify dis by oath

Dat's dis form has ben sent by US mail thru FSP's
R. Williams on 5/13/25 2: US Clerk @: 550 W. Fort St Boise
1083724.

/s/ Jinky
Timmy E Kinner
PO Box 800
Raiford FL 32083

Claim # 1: WHILE UNDER CUSTODY OF IDOC & BEING HELD IN FL DOC STARTING ON 5/28/22 (MY ARRIVAL) I'VE BEEN TARGETED DUE 2 CERTAIN KNOWN & UNKNOWN INDIVIDUALS. THEREFORE, MADE UNSAFE & IN DANGER, AS A RESULT. I SOUGHT 2 B MOVED & WASN'T RESPONDED 2 4 AWHILE & DID GET MAIL FROM MARISA DOAN @ IDOC, AS I.C.C. & SHE DIDN'T TELL ME MUCH. JUS' DAT IDOC WOULD DO A 1 YR. REVIEW ON ME IN MAY 2023. HOWEVER, ME BEING KEPT HERE AFTER INTERSTATE COMPACT VIOLATED DUE 2 DANGER CREATED BY FDC & IDOC HAS CAUSED MY LIFE 2 CONTINUE 2 B IN DANGER & ME 2 SUFFER MUCH ABUSE & GRIEVOUS LOSS, CONSTANTLY. SEE: EXHIBITS SUPPORTING CLAIMS/ALLEGATIONS.

DEFS,
MARISA DOAN
KLINTON HUST
IDOC DIRECTOR
ID ATTY GEN
VARIOUS FDC STAFF,
et al

KLINTON HUST SENT RE-PLY 2 REQUEST 2 B MOVED AS RESULT OF ENDANGERMENT & BASICALLY TOLD ME: "DERS NUTHIN WRONG W/ MY PLACEMENT & I WON'T B MOVED SO STOP WRITING BCUZ I'LL GET NO FURTHER REPLY & F*#k me!" I AM SURE DIS MAKES HIM & IDOC SUPERVISORS LIABLE 4 DAMAGES. ID ATTY GEN, IDOC DIRECTOR TEWALT & CURRENT 1, IDOC WARDEN(S) IN 2022 2 NOW ALL BCUZ I WAS KEPT IN UNSAFE PRISON CONDITIONS WHILE UNDER IDOC'S ULTIMATE CUSTODY. SEE: EXHIBITS SUPPORTING CLAIMS/ALLEGATIONS.

These are the injuries I suffered from this Defendant's failure to fix the serious condition: I'VE BEEN ASSAULT -ED & BATTERED MULTIPLE TIMES SINCE BEEN HERE, BY INMS & STAFF. DEY'VE TAKEN ALL MY PROPERTY AS RETALIATION & MY ARM HAS BEEN BROKEN BY MALICIOUS ASSAULT BY CERT TEAM. PERMANENT TRAUMA & RECURRING D'PRESSION & EMOTIONAL & PHYSICAL PAIN & ANGUISH, ALL WHICH COULD'VE BEN PREVENTED HAD IDOC AGENTS NEVER SENT ME HERE AS RETALIATION B/C I WAS SUING IDOC PRIOR 2 LEAVING IDAHO, SO DIS WAS ALL PREMEDITATED & MALICIOUS. I'VE BEN PREVENTED FROM RELIGIOUS EXERCISES, CONTACTING FAMILY & PRETTY MUCH ANY 1, EVEN LEGAL CONTACTS, ACCESSING RELIGIOUS DIET & BASIC NECESSITIES AS PROPER SHELTER, HYGIENE & OTHER ACCOMMODATIONS, ALL AS A RESULT OF DIS TRANSFER. MAINLY, I'M STILL UNSAFE & SUFFERING ON-GOING HARM & PAIN & SUFFERING FROM THE UN-CERTAINTY

These are the remedies I am asking for (such as money, or an order that this Defendant act or stop acting in a certain way, or a court declaration that defendant violated my constitutional rights): 1.5 MILLION DOLLARS + ANY POSSIBLE LIENS, FEES, FINES, ETC. 2 BE PAID. ALSO DAT IDOC AGENTS MOVE ME 2 STATE OF MY CHOICE IN ORDER 2 TRY 2 RECOVER FROM SUM OF MY LOSSES, LIKE ACCESS 2 FUNDS, FRIENDS, PRIVILEGES, ETC. & DECLATORY RELIEF DAT FL DOC HAS CREATED AN UN-SAFE & HOSTILE & VIOLATIVE CUSTODY 4 ME DAT HAS & IS VIOLATIVE OF MY CONSTITUTIONAL RITE WHICH ARE 2 BE FEDERALLY PROTECTED BY COURTS, AS MANDATED).

On these dates, 5/28/2023 – NOW, this is what I did to exhaust my administrative remedies to bring this particular serious condition of confinement to the attention of supervisors or authorities before I included this claim in a federal civil rights lawsuit, and I am attaching the concern forms, grievances, and grievance appeals to this document, or explaining why I have not used the grievance process or attached the forms. DEY THREW AWAY & TOOK AWAY ALL MY PROPERTY SO MY PROOF ISN'T READILY ACCESSIBLE BUT I PLAN 2 PROVE IT ALL, GOD'S WILLING.

CASELAW INFORMS ME ALSO DAT WER DER IS NO ADEQUATE REMEDY PLRA SHOULDN'T BAR CLAIMS 4 RELIEF, ESP. IN A SITUATION OF PERPETUAL DANGER.

**DEFENDANT'S NAME and TITLE (one only)** FDC SECRETARY in 2022 OF May ~~FDC CENTRAL OK~~
**DEFENDANT'S EMPLOYER and WORK PLACE** ~~FDC DIRECTOR~~ Thomas Marcic

*Prison officials have a duty to ensure that prisoners are provided adequate shelter, food, clothing, sanitation, and personal safety. To state a claim for unlawful conditions of confinement under the Eighth Amendment's cruel and unusual punishment clause, a plaintiff must state facts showing that (1) objectively (meaning, it would be clear to anyone) the plaintiff's deprivation was "sufficiently serious," (2) subjectively, the defendant acted or chose to ignore Plaintiff's needs in a "deliberately indifferent" way, which means the defendant knew of and recklessly disregarded an excessive risk to the plaintiff's needs.*

On this date 5/08/22, at this place RMC,
I became aware that I had the following serious condition of confinement:

> THRET OF DANGER DUE 2 STAFF THOMAS MARCIC & M/H STAFF 4 CENTHRICAL SLANDER IN MY MEDICAL FILE DAT "I/M KILLD KIDS", WHICH IS HARMFUL 2 ME PUTTIN ME IN DANGER & FALSE ALSO, SINCE DEN I'VE TOLD DA WORLD I'M GONA GET ASSASSINATED BY DES DEVILS & SINCE I BEN BEAT IN CUFFS & TARGETED EVRY WER I'VE BEN MOVED 2 HERE IN FL DOC, LITERALLY. I DONT EVEN RECALL TALKN 2 DIS PERSON

On this date ON MANY DAYS AFTER, this is what I did to ask defendant to fix the serious condition:
I GRIEVP 2 FDC CENTRAL OFFICE. A person named
DONT RECALL (who may not be the defendant), responded to my request with this response:

> BUT, DER WAS NEVER A REMEDY. I KEEP GETTIN BEAT & ROBBED OF PROPERTY & SABATAGED, GRIEVANCE PROCESS IS A THING DAT DRAINS & D'TERS PURSUITS 4 XPOSING DES VIOLATIONS. DEY R DRAININ ME, GRIEVANCES ALWAYS GET DN'IED. I WOULDNA FILE IF PLRA DIDN'T CALL 4 IT. BUT I JUS LERND DAT SUPREME COURT SAYS WER DERS NO REMEDY IT'S ALL 4 NOTHIN & I'M TRYNNA GET PAID BCUZ DESE BEAT ME & ARE EVIL, SADISTIC & MALICIOUS

From this date to this date, 5/08/22 to NOW, this particular Defendant either learned of the serious condition, or this Defendant refused to fix the condition, or because this Defendant is a prison supervisor, he/she learned that I was claiming that there was a serious condition and did not fix it:

> I JUS GOT BUK FROM COURT AS A RESULT OF ME DEALIN W/ DIS HATE

These are the injuries I suffered from this Defendant's failure to fix the serious condition:

> 3 YRS OF BEIN BATTERD, ROBED, HARASSD, INTIMIDATED, DIS-CRIMINATED AGAINST, HATED, UN-SAFE, TARGETED, & JUS TREATED IN-HUMANE; STILL NOW TOO

These are the remedies I am asking for (such as money, or an order that this Defendant act or stop acting in a certain way, or a court declaration that defendant violated my constitutional rights):

> 1 MILLION DOLLARS, EMERGENCY TRANSFER 2 CT, NY, OR WA' NOT SO NO 1 WONT KNO ME BUT BCUZ DISWERE WANNA BE WEN I DIE IF I GOTA BE IN PRISON, D'CLAROTORY & INJUNCTIVE RELIEF SO I WONT BE FORCED 2 SHAVE HAIR, EGT UN-SAFE FOOD OR OTHERWISE B D'PRIVED OF RELIGIOUS EXERCISE, DOET I BE ABLE 2 GET OUTSIDE REC I NEVER BEN HERE IN FC (3 YRS NOW) SUBPEONAS 4 A/V FOOTAGE, MEDICAL FILES, GRIEVANCE, MAIL LOGS

On these dates, _____, this is what I did to exhaust my administrative remedies to bring this particular serious condition of confinement to the attention of supervisors or authorities before I included this claim in a federal civil rights lawsuit, and I am attaching the concern forms, grievances, and grievance appeals to this document, or explaining why I have not used the grievance process or attached the forms.

> NO REMEDIES; ONLY EXHAUSTION :: DEY ALL KNO ME EVRYWER ( GO DEY GOOGLE & GOSSIP & JUDGE & SLANDER ME

**DEFENDANT'S NAME and TITLE (one only)**

Prisoner Civil Rights Amended Complaint: Conditions of Confinement Claims - 5      Rev. 7.23.21

**DEFENDANT'S EMPLOYER and WORK PLACE**_____

*Prison officials have a duty to ensure that prisoners are provided adequate shelter, food, clothing, sanitation, and personal safety. To state a claim for unlawful conditions of confinement under the Eighth Amendment's cruel and unusual punishment clause, a plaintiff must state facts showing that (1) objectively (meaning, it would be clear to anyone) the plaintiff's deprivation was "sufficiently serious," (2) subjectively, the defendant acted or chose to ignore Plaintiff's needs in a "deliberately indifferent" way, which means the defendant knew of and recklessly disregarded an excessive risk to the plaintiff's needs.*

On this date _____, at this place _____,
I became aware that I had the following serious condition of confinement:

[blank text box]

On this date _____, this is what I did to ask defendant to fix the serious condition:
_____. A person named
_____ (who may not be the defendant), responded to my request with this response:

[blank text box]

From this date to this date, _____ to _____, this particular Defendant either learned of the serious condition, or this Defendant refused to fix the condition, or because this Defendant is a prison supervisor, he/she learned that I was claiming that there was a serious condition and did not fix it:

[blank text box]

These are the injuries I suffered from this Defendant's failure to fix the serious condition:

These are the remedies I am asking for (such as money, or an order that this Defendant act or stop acting in a certain way, or a court declaration that defendant violated my constitutional rights):

On these dates, _____, this is what I did to exhaust my administrative remedies to bring this particular serious condition of confinement to the attention of supervisors or authorities before I included this claim in a federal civil rights lawsuit, and I am attaching the concern forms, grievances, and grievance appeals to this document, or explaining why I have not used the grievance process or attached the forms.

These are the injuries I suffered from this Defendant's failure to fix the serious condition:

These are the remedies I am asking for (such as money, or an order that this Defendant act or stop acting in a certain way, or a court declaration that defendant violated my constitutional rights):

On these dates, _____, this is what I did to exhaust my administrative remedies to bring <u>this particular serious condition of confinement</u> to the attention of supervisors or authorities before I included this claim in a federal civil rights lawsuit, and I am attaching the concern forms, grievances, and grievance appeals to this document, or explaining why I have not used the grievance process or attached the forms.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FLORIDA STATE PRISON_ on _Tue. May 6TH 2025_.
(Location)                                       (Date)

_____
Plaintiff's Original Signature