Case 1:25-cv-00056-AKB Document 1-1 (Court Only) Filed 05/19/25 Page 1 of 51

"ABSOLUTE Imminent DANGER & U.S. District Court ONGOING HARM"

OF IDAHO DISTRICT

T. KINNER P.
V
IDOC OFFICIALS, et al.
Defs.

## U.S. COURTS

MAY 19 2025

CASE NO, 1:25 or 56 AKB

Rcvd _____ Filed _____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### PETITION/PLEADING

PRO'SE LITIGANT BY COURT PRAYING 4 RELIEF FROM CONSTITUTIONAL VIOLATIONS (CONDITIONS OF CONFINEMENT) AS A RESULT OF IDOC OFFICIALS &/OR ID CITY GEN ENDANGERIN ME &/OR FAILING 2 PROTECT ME WHILE UNDER DER CUSTODY. I PRAY COURT GRANT COUNSEL SO I CAN GET PROPER RELIEF THRU COURT & ALSO 4 A PROTECTIVE ORDER 4 SEALD FOOD BCUZ I'VE BEN POISOND & I JUST GOT WERD FROM RN BROWN ON 5/8/25 (THUR)-WHILE BEN SEEN 4 HUNGER STRIKE -DAT MY LABS SHOW POSITIVE RESULTS 4 BACTERIAL INFECTION IN MY BODY, CONFIRMING DAT I'VE BEN POISOND BY DOC OFFICIALS THRU FOOD OR OTHER MEANS. ALSO, I'VE ENCLOSED MOLD TAKEN FROM CELL 2 SUPPORT IMMINENT DANGER CLAIM 2 PROCEED, 4 EVIDENTIARY HEARING & EXHIBITS (EVIDENCE) 2 SUPPORT ALLEGAT TONS DAT STAFF IS TRYIN 2 KILL ME & ACTUALLY ARE, GRADUALLY, SEE: CLAIM 1983 FILED BY I/m ON 4 OF SAME CULPRITS I'VE FILED ON, ALSO. ME & I/m J. ROTTLE WER @ SAME PRISON & I/m CHARLES GUEST (WHO DOC STAFF ALLEGEDLY KILLS HERE @ FSP IN '23 OR '24) WAS OUR NEIGHBOR. HE SLEPT RITE BTWEEN US & WAS GOIN HOME SOON B4 HE DIED. HE HAD MH ISSUE & REALLY WAS PRETTY MUCH HARMLESS FROM WAT WE SEEN. I THINK STAFF ALLEGED SUICIDE, BUT I/ms SAY HOMICIDE & DAT'S MORE LIKELY. MY AMENDED CLAIM ISN'T READY & PRISON WON'T MAKE COPIES, WILL COURT PLEEZ SEND FORMS AGAIN & 4WARD MOLD SAMPLE TAKEN FROM CELL 2 JAX, FL MID DISTRICT COURT AS PROOF 4 MY IMMINENT DANGER CLAIMS HERE IN FL AGAINST DIS DOC? ALONG W/ OTHER EXHIBITS, AS PROOF.

### CERTIFICATE OF SERVICE

SINCERELY & RESPECTFULLY.

I CERTIFY DAT DIS FORM & 44 EXHIBITS WER GIVEN 2: FSP STAFF R. WILLIAMS 4 MAILING 2: US CLERK @ 550 W. FORT ST, BOISE ID 83724 BY: US MAIL ON: FRI MAY 9 2025.

/s/ Timmy Kinner
Timmy Kinner
F91538
FSP
PO BOX 800
Raiford FL 32083

1 OF 45 + 34 = 80

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle **District of** Florida

Jacksonville **Division**

|  |  |  |
|---|---|---|
| James Battle | ) | Case No. _____ |
| _____ | ) | (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| —v— | ) |  |
| Lt. Watson | ) |  |
| Officer Reed | ) |  |
| Officer Jenkins | ) |  |
| Officer Scott | ) |  |
| Officer Wiggins | ) |  |
| Lt. Durbobw | ) |  |
| Captain Brown | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* |  |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names. Do not include addresses here.)* |  |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                          James Battle

All other names by which
you have been known:          N/A
ID Number                     W55181
Current Institution           Union C.I
Address                       P.O Box 1000
                              Raiford            Fl.    32083-1000
                              *City*          *State*      *Zip Code*

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name                          Watson
Job or Title *(if known)*     Lieutanant
Shield Number                 N/A
Employer                      Florida Department of Corrections
Address                       25636 N.E SR 16
                              Raiford            Fl.    32083-1000
                              *City*          *State*      *Zip Code*
                              ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                          Reed
Job or Title *(if known)*     Officer
Shield Number                 N/A
Employer                      Florida Department of Corrections
Address                       25636 Department of Corrections
                              Raiford            Fl.    32083-1000
                              *City*          *State*      *Zip Code*
                              ☑ Individual capacity    ☑ Official capacity

Attachment page 2 of 11 part B, The Defendant(s)

Defendant NO. 5
Name - Wiggins
Job or title (if known) - officer
Shield Number - N/A
Employer - Florida Department of Corrections
Address - 25636 N.E SR 16
         Raiford   FL.   32083-1000
         city      State   Zip code
         √ individual capacity  √ official capacity

Defendant NO. 6
Name - Brown
Job or title (if known) - Captain
Shield Number - N/A
Employer - Florida Department of Corrections
Address - 25636 N.E SR 16
         Raiford   FL   32083-1000
         city      State   Zip code
         √ individual capacity  √ official capacity

Defendant No. 7
Name - ~~Ambrose~~ Durborw
Job or title (if known) - Lieutenant
Shield Number - N/A
Employer - Florida Department of Corrections
Address - 25636 N.E SR-16
         Raiford   FL   32083-1000
         city      State   Zip code
         √ individual capacity  √ official capacity

Defendant No. 3
    Name _Jenkins_
    Job or Title *(if known)* _Officer_
    Shield Number _N/A_
    Employer _Florida Department of Corrections_
    Address _25636 N.E SR-16_
    _Raiford_     _Fl._     _32083-1000_
        City        State       Zip Code
    [✓] Individual capacity     [✓] Official capacity

Defendant No. 4
    Name _Scott_
    Job or Title *(if known)* _Officer_
    Shield Number _N/A_
    Employer _Florida Department of Corrections_
    Address _25636 N.E SR-16_
    _Raiford_     _Fl_     _32083-1000_
        City        State       Zip Code
    [✓] Individual capacity     [✓] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th Amendment Excessive force_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attachment_

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

_Union C.I U-Dorm Quad 3 and inside of cell U3112_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

July 28, 2022  Between approximatley 11am through 3pm

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Attachment

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

lumps on head the size of golf Balls
Jaw swallon not being able to eat for days. also cut on top lip

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$100,000 for actual damages each defendant
$100,000 for punitive damages

Attachment page 4 of 11 II. Basis for Jurisdiction   D.

Defendant #1  Lieutenant Watson: Afther the second Application of chemical Agents Lt. Watson refuse to let me comply and submit to handrestraints afther I followed all orders he Block the camera view to make it look like I wasn't complying. ordering Lt. Dubrow to use chemical agents as a form of punishment afther the 3rd Application of chemical agents I complied to submit to hand restraints he refuse to let me comply ordering the extraction team in my cell U311c once the door open I came out he Bang my hand and once I was on the floor in front of U3113 instead of ordering the extraction team to place the hand and leg restraints on me he made the extraction team drag me from the floor in front of U3113 Back into my cell while he Block the view of camera while the officer use exessive force punching me with hand cuffs on theire hands and choking me causing Bodly harm

Defendant #2 Officer Reed: A part of the extraction team once out my cell he refuse to place hand and leg restraints on me while I was laying on the floor he pulled me back in my cell while Lt.Watson and Lt.Dubrow blocked the camera view he began to strike me in the jaw with handcuffs wraped around his hand using excessive force causing my jaw not being able to open later that day July 28, 2022 and for days to come making it hard for me to eat

Attachment page 4 of 11  II. Basis for Jurisdiction  D.

Defendant No. 3 Officer Jenkins; Refused to let me submit to hand restraints acting like he was giving me order to do a strip search afther telling me to rub behind my ear which I complied then he gave me an order to do the next step rub my fingers around my gums which I did then he tell me to rub behind my ear afther I did that step showing his intent to never let me submit to hand restraints to force the extraction team to cause bodly harm afther I was out my cell on the floor they refuse to put leg and hand restraints on me the only reason the extraction team is entering my cell he help the other extraction drag me back in my cell out of the view from the camera while Lt. Watson and Lt. Dubrow block the view of the camera and Officer started to use exessive force by punching me in the head and face causing bodly harm spliting my lip and puting golf Ball size lumps on my head.

Defendant #4 officer Scott; A member of the extraction team refused to place hand and leg restraints on me while I was on the floor outside my cell U3112. the sole reason the extraction team entered the cell. while I was on the floor out side my cell officer scott pull me from in front of cell U3113 back into my cell and punch me in the head and face while Lt. watson and Lt. Dubrow blocked the camera view

Attachment page 4 of 11 II. Basis for Jurisdiction D.

Defendant #5 Officer Wiggins: A memeber of the extraction team I was out my cell U.3112 in front of U3113 on the floor the sole reason for the extraction team is to put leg and hand restraints on me it's is no reason for Wiggins to move drag me back inside my cell while I was already on the floor ready to be cuffed once inside my cell while Lt. Watson and Lt. Dubrow Blocked the view of the camera. Officer Wiggins used exessive force by having me in a choke hold making it hard for me to breath and hold me still in the choke hold so the other memmbws of the extraction team can strike me with close fist

Defendant #6 Captain Brown: The shift superviser watch the staff use exessive force and did nothing to stop the use of exessive force

Defendant #7 Lieutenant Dubrow: Affter the second Application Lt. Dubrow used A third Application as a form of punishment using chemical agunts on me then affter the extraction team had me on the floor he order them to drag me back in my cell while he Blocked the camera view so the extraction team can use exessive force.

Attachment page 5 of 11 Statement of Claim  D.

Defendant #1 Lieutenant Watson: Afther the second Application of Chemical Agents Lt. Watson refuse to let me comply and submit to hand restraints afther I followed all orders he Blocked the camera view to make it look like I wasn't complying ordering Lt. Dubrow to use chemical agents as a form of punishment afther the 3ed Application of chemical agents I complied to submit to hand restraints he refuse to let me comply ordering the extraction team in my cell U3112 once the door opened I came out he Banged my hand and once I was on the floor in front of U3113 instead of ordering the extraction team to the hand and leg restraints on me he made the extraction team drag me from the floor in front of U3113 Back into my cell while he blocked the view of the camera while the officers used exessive force punching me with hand cuffs on there hands and Choking me causing Bodly harm

Defendant #2 Officer Reed: A part of the extraction team once out my cell he refused to place hand and leg restraints on me while I was laying on the floor He pulled me back in my cell while Lt. Watson and Lt. Dubrow blocked the camera view he began to strike me over and over agin in the jaw with hand-cuffs wraped around his hand using excessive force causing my jaw not being able to open later that day July 28, 2022 and for days to come making it hard to eat



THE HONORABLE
# GWEN MARSHALL
CLERK OF THE CIRCUIT COURT AND COMPTROLLER

CLERK OF COURTS • COUNTY COMPTROLLER • AUDITOR • TREASURER • RECORDER
## CIVIL/CRIMINAL ADMINISTRATION DIVISION

November 8, 2023

TIMMY KINNER DC#F91538
UNION CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
RAIFORD, FL 32083

   Re:  Filings Under Fla. Stat. § 57.085

Dear Sir/Madam:

☒ Your paperwork has been received for filing with the Leon County Clerk of Court. The case was opened on November 7, 2023 with case number 2023 CA 002581 and Judge JOHN C COOPER assigned.

☐ The indigent paperwork has been processed and you were found indigent. The Court will enter an Order which will cause a lien to be placed on your inmate bank account for the total amount of the filing fee, plus the partial payment set up fee, which will be $425.

☒ Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to <u>complete</u> the enclosed indigent paperwork and return along with your trust account records for the preceding 6 months. Please return within 60 days. Failure to return the completed indigent paperwork may result in the dismissal of your case by the Court.

Please note that if your case does require Summons to be issued, it will not be issued until a request is received from you, or an Order from the Court directing the Clerk to issue Summons.

**THE CASE WILL NOT PROCEED FURTHER UNTIL A DETERMINATION OF INDIGENCE IS MADE BY THE CLERK. THIS INCLUDES ISSUANCE OF THE ORDER TO SHOW CAUSE OR ISSUANCE OF SUMMONS.**

☐ Your appeal has been received for filing with the Leon County Clerk of Court. Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to <u>complete</u> the enclosed indigent paperwork and <u>return</u> along with your trust account records for the preceding 6 months at your earliest convenience, so indigence can be determined by the Clerk's Office.

THE HONORABLE
# GWEN MARSHALL
CLERK OF THE CIRCUIT COURT AND COMPTROLLER
CLERK OF COURTS • COUNTY COMPTROLLER • AUDITOR • TREASURER • RECORDER
## CIVIL/CRIMINAL ADMINISTRATION DIVISION

February 16, 2024

TIMMY KINNER DC#F91538
UNION CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
RAIFORD, FL 32083

Re:    Filings Under Fla. Stat. § 57.085

Dear Sir/Madam:

☐ Your paperwork has been received for filing with the Leon County Clerk of Court. The case was opened on November 7, 2023 with case number 2023 CA 002581 and Judge JOHN C COOPER assigned.

☐ The indigent paperwork has been processed and you were found indigent. The Court will enter an Order which will cause a lien to be placed on your inmate bank account for the total amount of the filing fee, plus the partial payment set up fee, which will be $425.

☐ Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to complete the enclosed indigent paperwork and return along with your trust account records for the preceding 6 months. Please return within 60 days. Failure to return the completed indigent paperwork may result in the dismissal of your case by the Court.

Please note that if your case does require Summons to be issued, it will not be issued until a request is received from you, or an Order from the Court directing the Clerk to issue Summons.

**THE CASE WILL NOT PROCEED FURTHER UNTIL A DETERMINATION OF INDIGENCE IS MADE BY THE CLERK. THIS INCLUDES ISSUANCE OF THE ORDER TO SHOW CAUSE OR ISSUANCE OF SUMMONS.**

☐ Your appeal has been received for filing with the Leon County Clerk of Court. Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to complete the enclosed indigent paperwork and return along with your trust account records for the preceding 6 months at your earliest convenience, so indigence can be determined by the Clerk's Office.

written &
mailed;

Reception & Medical Center
Date: 8/30/24          TK

Dear Mr. Pinereza; Dis is Timmy Kinner #F91538. I need ur help, not only do I suffer
from mental issues, but Im also fightin 2 stay alive. Ive ben sufferin here in FL
Dept. of Corruptions since May 28th 2022 wen I 1st got here on a Interstate fransfer.
I've informed Central Office of my grievances due 2 staff mis-conduct. Dey jus tried
2 pay an inmate 2 stab me but he declined & now he's been targeted. Another
hit was foiled & I got executed. Smh. It's a shame bcuz prisons here & all toxic
& inmate in segregated isolation really suffer from mental illness da most. I need your
help bad. U can schedule a visit efor call asap. If u wont help me will u @ least help
me find another dat'll help me wf my issues. Pleez. Also, send back copy of dis note
wf reply. Take care,

respectfully & thatkfully,
Timmy Kinner #F91538
R.&M.C,
PO Box 628
Lake Butler FL 32054

Jof —

ale, NW.

0530
202514 0716
CRD/SPL 17011

$300

quadient
06/10/2024
US POSTAGE $000.64°

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20530
041M12121016

F11011

Suwannee

SUWANNEE C.I/ANNEX/ WC
5964 U.S. HIGHWAY 90
LIVE OAK, FL 32060



THE HONORABLE

# GWEN MARSHALL

CLERK OF THE CIRCUIT COURT AND COMPTROLLER

CLERK OF COURTS • COUNTY COMPTROLLER • AUDITOR • TREASURER • RECORDER

## CIVIL/CRIMINAL ADMINISTRATION DIVISION

*NOTE: PROOF OF FILING MANDAMUS, BUT I DIDN'T KNO HOW 2.*
*PROPERLY FITE DES VIOLATIONS AGAINST ME, BUT DIS IS PROOF*
*OF EFFORTS, 1 OF MANY SEEKING RELIEF FROM COURTS.*

November 29, 2023

TIMMY KINNER DC#F91538
UNION CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
RAIFORD, FL 32083

      Re:    Filings Under Fla. Stat. § 57.085

Dear Sir/Madam:

☐ Your paperwork has been received for filing with the Leon County Clerk of Court. The case was opened on November 7, 2023 with case number 2023 CA 002581 and Judge JOHN C COOPER assigned.

☐ The indigent paperwork has been processed and you were found indigent. The Court will enter an Order which will cause a lien to be placed on your inmate bank account for the total amount of the filing fee, plus the partial payment set up fee, which will be $425.

☐ Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to <u>complete</u> the enclosed indigent paperwork and return along with your trust account records for the preceding 6 months. Please return within 60 days. Failure to return the completed indigent paperwork may result in the dismissal of your case by the Court.

Please note that if your case does require Summons to be issued, it will not be issued until a request is received from you, or an Order from the Court directing the Clerk to issue Summons.

**THE CASE WILL NOT PROCEED FURTHER UNTIL A DETERMINATION OF INDIGENCE IS MADE BY THE CLERK. THIS INCLUDES ISSUANCE OF THE ORDER TO SHOW CAUSE OR ISSUANCE OF SUMMONS.**

☐ Your appeal has been received for filing with the Leon County Clerk of Court. Your paperwork was processed without indigent paperwork or payment of the filing fee. It is necessary for you to <u>complete</u> the enclosed indigent paperwork and <u>return</u> along with your trust account records for the preceding 6 months at your earliest convenience, so indigence can be determined by the Clerk's Office.



**FLORIDA
DEPARTMENT OF
CORRECTIONS**

GOVERNOR
**RON DESANTIS**

SECRETARY
**RICKY DIXON**

November 7, 2024

*COPY & RETURN*

*2203S*

Inmate KINNER, Timmy
DC# F91538/ Bunk # G2203S
FL STATE PRISON
23916 NW 83RD AVE.
RAIFORD, FL 32083

RE: Interstate Corrections Compact Return Transfer

Inmate Kinner:

Your letter to the Inspector General's Office was received and forwarded to me for response on November 7, 2024 for review and response.

Once again you are requesting to be transferred back to your originating state of Idaho. However, you were transferred to FL as an Involuntary Interstate Corrections Compact transfer. This transfer deems was deemed appropriate by your originating state. And without execution of the DC6-130 Waiver of Extradition form. Involuntary transfers are initiated to resolve management or security issues; as well as, protection needs of an inmate. While considering the transfer of an inmate under this situation, the location of an inmate's family is not paramount to the needs of an inmate.

I recommend that you submit a request to your classification officer to discuss any issues you may have at your current institution. At this time it is within the best interest of Idaho that you remain at your current location. If your situation persists or escalates, please request your return with the ICC office in Idaho. Please try to be DR and CC free.

Sincerely,

*NOTE: GTTY MADE IT SEEM I HAD OPTION 2
MOVE OR NOT; NOW DIS TELLS ME, BASICALLY,
DIS DIS WAS INTENTIONAL. THEREH, RETALIATORY
BUH DEY SENT ME 2 OTHER SIDE OF MAP (COUNTRY)
& I'M SURE DEY KNOW DIS IS A HORRIBLE DOC.*

*I ID FCD
COMPT*

Ian Gopez, CSC
Florida Department of Corrections
Bureau of Population Management
Interstate Corrections Compact – Institutions

501 SOUTH CALHOUN STREET
TALLAHASSEE, FLORIDA 32399-2500
FDC.MYFLORIDA.COM



**U.S. Department of Justice**
**Civil Rights Division**

_Washington, DC 20530_

October 22, 2024

Timmy Kinner#F91538
5964 U.S. Highway 90
P.O. Box 628
Lake Butter, FL 32054

Dear Timmy Kinner#F91538,

Thank you for your letter on September 25, 2024. Your report number is 522899-PSX. Please refer to it if you write us in the future. This letter will tell you how the Special Litigation Section will review your report and what other options you may choose to pursue.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems, except as noted below. In general, we cannot help you recover damages or any personal relief. Nor can we assist in criminal cases, including wrongful convictions, appeals or sentencing. We also cannot assist with issues involving federal facilities or federal officials.

There are only two areas in which the law allows us to investigate and address individual incidents:



- if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; or
- if you have encountered a physical obstruction or experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

Each week, we receive many reports of potential violations. We analyze this information to help us select new cases or pursue existing cases. We will review your letter to see if it fits into one of these two categories. If so, we may contact

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMMY KINNER,

        Plaintiff,

v.                              Case No. 3:24-cv-445-MMH-MCR

BERNARD REED, et al.,

        Defendants.

---

## ORDER

Plaintiff's "Motion 4 Permanent Injunction &/or Restraint Order, Exparte Motion 4 Counsel Appointment & Oral Argument & Evidentiary Hearing Due 2 Ongoing Harm & Danger Due 2 Being in FDOC Custody" and "Motion 4 Appointment of Counsel & Partial Summary Judg[]ment & Injunctive Relief & Evidentiary Hearing" (Docs. 35, 37) are **STRICKEN**. Plaintiff has not filed a proper motion for this Court's consideration. *See* Orders (Doc. 10, 13, 15, 26, 29, 31, 34, 36); *see also* Notice to Pro Se Litigant (Doc. 3).

    **DONE AND ORDERED** at Jacksonville, Florida, this 28th day of April, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing I.D.O.C. DIRECTOR_____, who was acting as DIRECTOR OF I.D.O.C._____
       *(defendant)*                                    *(job title, if a person; function, if an entity)*

for the STATE OF IDAHO_____.
      *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on 5·28·22_____, Defendant did
                                                          *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
I WAS TRANSFERRD TO F.D.O.C. & TRANSPORT OFCS, (JOHN DOES) TOLD RECEIVING FDOC STAFF
DAT I KILLED A BABY & DIS CAUSED STAFF TO SPREAD SLANDER ON ME & I WAS UN-SAFE FROM
DAY 1 BLUZ OF DIS, INTERSTATE COMPACT POLICY STATES IF IM ENDANGERED OR ISCUM AN ISSUE @
THE PRISON I MAY B MOVED, DER 4 I'VE BEN TRYIN 2 GET IDOC & FDOC 2 MOVE ME SINCE DAY 1
2 NO AVAIL, DIS ·

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

4. I allege that I suffered the following injury or damages as a result:
PHYSICAL INJURY, MENTAL ANGUISH, PAIN & SUFFER, PSYCHE DAMAGE, PERSONAL INJURY,
PROPERTY LOSS & PROPERTY DAMAGE
EXCESSIVE FORCE, BATTERIES, PREA VIOLATIONS (SEXUAL ASSAULTS & HARASSMENT) BY FDOC STAFF

5. I seek the following relief: IMMEDIATE TRANSFER, PUNITIVE & COMPENSATIVE DAMAGES

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 04/28/2025 | 13 | ☒ | NOTICE OF APPEAL as to 9 Judgment - Prisoner, 8 Order Dismissing Case by Timmy Kinner. Filing fee not paid. (Attachments: # 1 Mailing Envelope)(BD) (Entered: 05/01/2025) |
| 04/15/2025 | 12 | ☐ | **ORDER striking 11 Plaintiff's letter to the Clerk. Signed by Judge Marcia Morales Howard on 4/14/2025. (CAW)** (Entered: 04/15/2025) |
| 03/11/2025 | 11 | ☐ | STRICKEN PER 12 Order- Emergency NOTICE of Imminent Danger by Timmy Kinner. (Chambers Notified) (JOS) Modified docket text on 4/16/2025 (JTM). (Entered: 03/11/2025) |
| 02/25/2025 | 10 | | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non-party must move for relief before the seal expires. (Signed by Deputy Clerk). (JOS) (Entered: 02/25/2025) |
| 02/25/2025 | 9 | ☐ | JUDGMENT that this case is DISMISSED without prejudice. (Signed by Deputy Clerk) (JOS) (Entered: 02/25/2025) |
| 02/24/2025 | 8 | ☒ | **ORDER dismissing case without prejudice, with directions to the Clerk. Signed by Judge Marcia Morales Howard on 2/24/2025. (BAJ)** (Entered: 02/24/2025) |
| 02/11/2025 | 7 | ☐ | EMERGENCY MOTION by Timmy Kinner. (Chambers notified) (BD) (Entered: 02/11/2025) |
| 02/03/2025 | 6 | ☐ | EMERGENCY MOTION to Appoint Counsel and Injunctive Relief by Timmy Kinner. (Chambers notified). (BD) Motions referred to Magistrate Judge case referral judge. (Entered: 02/03/2025) |
| 01/07/2025 | 5 | ☐ | MOTION for Injunction by Timmy Kinner. (BD) (Entered: 01/08/2025) |
| 12/04/2024 | 4 | ☐ | NOTICE of change of address by Timmy Kinner. (Attachments: # 1 Mailing Envelope)(ELA) (Entered: 12/04/2024) |
| 11/01/2024 | 3 | ☐ | NOTICE of change of address to Florida State Prison by Timmy Kinner (BD) (Entered: 11/01/2024) |
| 10/25/2024 | 2 | ☐ | MOTION to Proceed In Forma Pauperis / Affidavit of Indigency by Timmy Kinner. (Attachments: # 1 Trust Fund Account Statement, # 2 Mailing Envelope)(BGR) Motions referred to Magistrate Judge Samuel J. Horovitz. (Entered: 10/25/2024) |
| 10/25/2024 | 1 | ☐ | COMPLAINT against FNU Eppenger, FDOC, FDOC Staff, FNU Lewis, FNU Lrazzary, FNU Mead, Chadwick Prescott filed by Timmy Kinner. (Attachments: # 1 Mailing Envelope) (No service copies received)(BGR) (Entered: 10/25/2024) |

View Selected

or

" Imminent Ongoing

MID DISTRICT OF FL     HARM & DANGER "

JAX DIVISION

APR 28 2025 PM 1:57
FILED - USDC - FLMD - JAX

T. KINNER
P.

V.

FDOC, et al.,
Def.

CASE NO: 3:24 CV 1102 MMH SJH

## MOTION 4 APPEAL

DUE 2 COURT FAILING 2 DISCHARGE MANDATED DUTY 2 PROTECT MY RITES
DEY CONTINUE 2 BE VIOLATED BY FDC OFFICIALS & DER POLICIES & PRACTICES.
I'VE ALLEGED IMMINENT DANGER IN ALL MY SUITS & NOT BCUZ OF HUNGER STRIKES,
BUT BCUZ I'VE BEEN IN DANGER SINCE MY ARRIVAL & STILL BEING RETALIATED AGAINST
3 YRS LATER, SO, COURT ERRED IN DISMISSING MY CASE SAYIN I DIDNT ALLEGE
IMMINENT DANGER WEN IT'S WRITTEN ON TOP OF ALL PAPERS FILED. 775 F.2d 1182
SUPPORTS MY ARGUMENT & YES, IMMINENT DANGER IS PERPETUAL, NOT JUST ALLEGED
@ TIME OF FILINGS, SO MY CASES DISMISSD SHOULD ALL STILL BE PENDING FURTHERMORE,
I WAS TOLD 2 AMEND COMPLAINT & GOT ORDER W/O 1983 FORMS & REQUESTED HEARINGS 4 ORAL
ARGUMENT & OTHER EQUITABLE PURSUITS & ONLY GOT D'NIED OR NO REPLY, DIS IS WHY I
NEED COUNSEL APPOINTED BCUZ DER IS TOO MANY BARRIERS' BARRING EQUITY & RELIEF

## CERTIFICATE OF SERVICE

I CERTIFY DAT DIS MOTION HAS BEN GIVEN 2: FDC/FSP STAFF 4 MAILING ON:
APRIL 23 2025 2: U.S. COURTCLERK @: 300 N. HOGAN ST. JAX FL 32202 BY: U.S. MAIL

15/23
Timmy Kinner
F91538
MAX G-2203
FSP
PO BOX 800
RAIFORD FL 32083

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMMY KINNER,

        Plaintiff,

v.                            Case No. 3:24-cv-1102-MMH-SJH

FDOC, et al.,

        Defendants.

_____

## **ORDER**

Plaintiff Timmy Kinner, an inmate of the Florida penal system, initiated this action on October 22, 2024, by filing a pro se Complaint for Violation of Civil Rights (Complaint; Doc. 1). In the Complaint, Kinner alleges that on May 19, 2024, corrections staff "gassed" his cell, entered, and then beat him, causing a broken arm. Complaint at 5, 6.

Upon review of Kinner's pending cases, it appears he has an earlier filed civil rights action pending before the Court that concerns substantially similar allegations of assault against several of the named Defendants in the instant Complaint. To conserve judicial resources, the Court finds Kinner should pursue all claims related to the May 19, 2024 use of force in the earlier filed action. Accordingly, the Court will dismiss the instant Complaint without prejudice to Kinner's right to pursue his claims in the operative

*[handwritten margin notes:] WRONG! COURT IS IN ERROR! YES ARE 2 SEPERATE TIMES (2022 & 2024). 1 CLEARLY ALLEGED DIS; HOW COURT ASSUMES DIFFERENT? IDK.*

Complaint in case number 3:24-cv-445-MMH-MCR or file an amended complaint in that case. DER SHOULDR BER NO CONFUSION, DIS IS CRAZY.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1.    This case is hereby **DISMISSED WITHOUT PREJUDICE**.

2.    The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of February, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

JaxP-12
c:    Timmy Kinner, #F91538

2

Law CopieS
EXHIBIT

# COPYING SERVICES REQUEST AND WITHDRAWAL

TRACKING #: **205** – **2025** – **200**

INMATE NAME: _Kinner Timmy_   DC# _F91538_

INSTITUTION/UNIT: **Florida State Prison Main Unit**   HOUSING LOCATION: _MaxG2203_

COPIES ARE NEEDED FOR: ☐ CRIMINAL PROCEEDING   ☒ NOT A CRIMINAL PROCEEDING

COURT/AGENCY AND OTHER PARTIES TO BE PROVIDED COPIES: _FED. DISTRICT COURT(S)_

---

COURT DEADLINE: ☒ YES   ☐ NO   DATE OF COURT DEADLINE: _4/18/2025_

| TITLE OF DOCUMENT(S) TO BE COPIED | NO. OF PAGES | COPIES EACH REQUESTED | COPIES EACH APPROVED | TTL # COPIES MADE |
|---|---|---|---|---|
| 1. EXHIBITS = 134 COPIES + 67 20l RETURNS | 67 | 2 | Ø | Ø |
| 2. LITERALLY NEED ALL | | | | |
| 3. | | | | |
| 4. PGS. COPIED TWICE, EVEN | | | | |
| 5. | | | | |
| 6. DIS COPY REQUEST AFTER | | | | |
| 7. | | | | |
| 8. APPROVED OR NOT. | | | | |
| 9. | | | | |
| 10. THANK U! | | | | |

TOTAL NUMBER OF COPIES MADE: Ø

BY MY SIGNATURE, I AM REQUESTING THAT THE ABOVE-REFERENCED COPIES BE MADE FOR ME, AND, IF SAID DOCUMENTS ARE PROVIDED FOR FILING IN A NON-CRIMINAL PROCEEDING, I DO HEREBY AUTHORIZE THE DEPARTMENT TO CHARGE OR LIEN MY TRUST ACCOUNT FOR $ 0.15 FOR EACH PHOTOCOPY.

_____   _THUR. APRIL 17, 2025_
INMATE SIGNATURE           DATE   RECEIVED

---

**INMATES DO NOT WRITE IN THIS BOX**

REQUEST IS: ☐ APPROVED   ☒ DISAPPROVED   APR 17 2025

_S. Bailey_
LAW LIBRARY SUPERVISOR   FSP LIBRARY   DATE

REASON FOR DISAPPROVAL: Document is not court ready. MAILED
Must include a motion/pleading addressed APR 18 2025
to court. Exhibits must be referenced in pleading. FSP LAW LIBRARY

note:
PRISON
DENIED 2
COPY NEEDED
EXHIBITS 4
FILING (N)
COURTS.

☐ CRIMINAL PROCEEDING. NO COST TO INMATE. (DC5-154 not sent to Inmate Trust)

☐ NON-CRIMINAL PROCEEDING. TOTAL COST (TOTAL COPIES X $0.15 EA): $ _____

DATE COMPLETED: _4/18/25_   DATE ISSUED/MAILED TO INMATE: _4/18/25_

DC5-154 (Revised 8/07)   Incorporated by Reference In Rule 33-501.302, F.A.C.

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 5/10/25

Time:

Inmate Name: _Kinner, Timmy_

DC#: F41538

Housing assignment: MAX 62003

Job assignment:

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☐No
If so, what type:

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☐No
If so, why:

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain):

☐  Problem with ADA/Disability equipment or supplies (explain the problem):

☐  Mental Health

☐  Dental

☐  Medical (explain): _I had 2 ofcs THREATEN me DIS WEEK, FDC D'Nes SAFE FOOD, I HAVENT GATEN 4 LAST 8 MEALS, 229s R FALSE & I'VE BEN HARMD & ENDANGERD BY SABOTAGE FROM FDC STAFF. DEY POISON My FOOD & ASK ME: "WHY DO U THINK?" ABOUT WAT I KNO. DEY TRYNA CAUSE MY DEATH_

When did problem/symptoms start? _& CONJURE UP A LIE ABOUT NARRATIVE._

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received:
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____

---

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMMY KINNER,

              Plaintiff,

v.                                Case No. 3:25-cv-366-MMH-LLL

FDOC SECRETARY, et al.,

              Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Timmy Kinner, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983 and a request to proceed as a pauper (Doc. 2). In the Complaint, Kinner asserts prison officials have denied him a proper religious diet, access to grooming, and the ability to pray outside his cell. Id. at 4. Due to Kinner not receiving his "kosher bags halfway thr[ough] Ramadan," he declared a hunger strike. Id.

The Prison Litigation Reform Act (PLRA) amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court

"ON GOING HARM"

Case 3:25-cv-00366-MMH-LLL    Document 6-1    Filed 04/18/2025    Page 1 of 3 PageID 26

U.S. DISTRICT COURT
MID DISTRICT OF FL    "IMMINENT DANGER"
JAX DIVISION

LEGAL MAIL

Provided to F.
for m..
T. Kinner
Pla.

FILED - USDC - FLMD - JAX
APR 18 2025 AM11:11

V

FDOC secretary, et al,
Def.

CASE NO: 3:25 cv 366 mmh LLL

NOTICE OF APPEAL (OR APPEAL OF DISMISSAL JUDGEMENT)
Declaratory motion, affidavit & request 4 counsel & injunction

COMES NOW # F91538 PROSE PLAINTIFF REQUESTING APPEAL FROM DISMISSAL JUDGEMENT & REQUEST PHYSICAL HEARING PURSUANT 2 CONSTITUTIONAL SAFEGUARD AGAINST HARMFUL ERROR 2 PROPERLY ADD-PRESS COURT, B4/1-MY SUIT SHOULDN'T'VE BEN DISMISSD, BCUZ I'VE BEN IN IMMINENT DANGER DUE 2 FDOC STAFF FOR 3 YEARS, FROM MY ARRIVING HERE FROM OUTA STATE, NOT DUE 2 A HUNGER STRIKE, OR any of my own doing, I CLEARLY ASSERT(ED) DAT FDOC STAFF HAVE ENDANGERD MY LIFE BY LABEL-ING ME A "BABY KILLER (FOR ALLAH)" DAT'S WAT ALL DIS STARTED FROM & DER MOTIVATION 4 DOING ALL DEY'VE DONE, I ASSERT & DECLARE BY PENALTY OF PERJURY DAT I'M SEEKIN RELIEF (MONETARY & OTHER), NOT MALICE, HUNGER STRIKE IS BCUZ DEY ARE PLAYIN W/ MY FOOD & WILL HARM ME AGAIN BY POISON, FURTHER, IT'S NOT IN ACCORD (WUT DEY FORCE ON ME 2 EAT) W/ MY RELIGIOUS BELIEFS, IN VIOLATION OF RLUIPA, I HUNGER STRIKE BCUZ OF DA IN-HUMANITY OF ME BEING HERE, AS PROTEST, NOT 2 HARM MYSELF, BUT 2 DO DA OPP-OSITE & GET HELP. DES APL R CORRUPT & EVIL. BEING DAT FDOC STAFF IS CAUSE 4 IMMINENT DANGER MY SUIT SHOULD STILL BE PENDING & I REQUEST COUNSEL 2 PROPERLY APPEAL BASED ON IMMINENT DANGER &/OR HARM. I REQUEST ORDER 4 HEARING 2 B HELD, & DAT DOC D ORDERD 2 PROVIDE MY PROPER DIETARY/RELIGIOUS NEEDS: PROPER FOOD, GROOMING (GROWING MY LOCS & SHAVING, BOUJA FUCE HAIR), HEADDRESS & OTHER (INJUNITIVE RELIEF T.B.D. @ ORAL ARGUMENT (HEARING), I'M CURRENTLY OBSERVING PASSOVER, BUT DEY'VE SABOTAGED DIS TOO, AS DEY DID RAMADAN, WHICH IS UN-ACCEPTABLE BCUZ DIS HAS BEN HAPPENING FOR DECADES NOW. I'VE HAD STAFF SAY "I'M NOT RELIGIOUS" & SERVE FOOD AFTER DIGGING IN HIS NOSE W/ NO GLOVES ON. DIS ON 1ST DAY OF PASSOVER - 4/12/25. OH, I ALSO NEED COUNSEL 2 SUBPOENA EVIDENCE B4 IT DISAPPEAR/UR BEING UN-AVAILABLE, I'M GOIN BAK ON HUNGER STRIKE ON 4/16/25 WEN PASSOVER ENDS BCUZ DEY HAVENT APPROVE A KOSHER/HALAL DIET 4 ME MY BODY IS JEOPARDIZE BY DIS VIOLATION OF DIET (RELIJA MANDATES PROPER RELIGIOUS DIETS). SO DEY CREATED A PERPETUAL IMMINENT DANGER, NOT ME. I'M SUING CPT MOODY BCUZ HE WANTED 2 GAS ME - "GAS DA SHIT OUTTA ME", ACTUALLY - IN SHOWER BAK I WAS TRYIN 2 GET MY JUIVEY/SOUR CARROTS FED ON 4/13.

CERTIFICATE OF SERVICE

I CERTIFY DAT I'VE GIVEN DIS DOC & F.S.P. MAIL STAFF (C.O.) 4 MAILING THRU/BY U.S. MAIL, ETC.
4 U.S. CLERK @ : 300 N. HOGAN ST. JAX, FL 32202 ON THE, APRIL 15, 2025.

/s/ [signature]
Timmy Kinner F91538
MAX G2263
F.S.P.
Po BOX 800
RAIFORD FL 32083

JDT-cgc (W.D. Tenn. Jan. 15, 2014) (dismissing the case for failure to state a claim and

seeking monetary relief against a defendant who is immune from such relief); (2) *Kinner*

*v. ADA Cnty. Prosecutor's Office*, No. 1:21-cv-128-DCN (D. Idaho Sep. 14, 2021)

(dismissing the case without prejudice for failure to state a claim); and (3) *Kinner v. FDOC*

*Director(s)*, No. 3:25-cv-92-WWB-SJH (M.D. Fla. Mar. 27, 2025) (dismissing the case

without prejudice for failure to state a claim).  In light of the dismissal of these cases,

Plaintiff is a three-strikes litigant pursuant to 28 U.S.C. § 1915(g).

Further, Plaintiff's allegations do not warrant the imminent danger exception to

dismissal.  Through his Complaint, Plaintiff alleges that since his interstate compact

transfer to the State of Florida in 2022, various correctional officers at various facilities

have slandered him, failed to protect him, discriminated, and retaliated against him by

cutting his hair, physically assaulting him, denying him medical treatment, and denying

him access to his personal property, religious materials, meals, and the courts.  (*See* Doc.

1 at 5–9).  However, the Complaint, "as a whole," does not allege that Plaintiff "was in

imminent danger of serious physical injury at the time he filed his Complaint."  *Brown v.*

*Johnson*, 387 F.3d 1344, 1350 (11th Cir. 2004); *Medberry v. Butler*, 185 F.3d 1189, 1193

(11th Cir. 1999).  Therefore, although Plaintiff's present action will be dismissed without

prejudice, Plaintiff may initiate a new civil rights action by filing a new civil rights complaint

form and paying $405.00 ($350.00 filing fee and $55.00 administrative fee).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice,

   terminate any pending motions, and close this case.

2

"ONGOING HARM"

U.S DISTRICT COURT   "IMMINENT DANGER"
MID DISTRICT OF FL
JAX DIVISION

APR 28 2025 PM 1:57
FILED-USDC-FLMD-JAX

T. KINNER
P.

CASE NO 3:25 cv 367 WWB SJH

V,

FDOC DIRECTORS, et al,
D,

MOTION 4 APPEAL & COUNSEL APPOINTMENT

HOW DO I NOT ALLEGE IMMINENT DANGER @ TIME OF FILING COMPLAINT WEN I CLEARLY STATE DGT
DANGER IS PERPETUAL BCUZ FDC STAFF HAS MADE IT UN-SAFE 4 ME SINCE MY ARRIVAL & BY
KEEPING ME HERE I'VE BEN BEAT, GASSD, HARASSD, SODOMIZED, ROBBD BY FDC STAFF (OFFICIALS)
& MORE. FURTHERMORE, COURT HAS ERRED BY DISMISSING ALL CLAIMS ALLEGING IMMINENT
DANGER UNDER ALLEGATION DAT I HAVENT ALLEGED IMMINENT DANGER IN COMPLAINTS & EVEN
SAYS DAT I'M CREATING A SELF INFLICTED DANGER BY HUNGER STRIKING, BUT I'M IN DANGER
IF DEY POISEN ME THRU MY FOOD AGAIN, ESP. WEN I GOT OF CS. THREATENED 2 PUT FENTANYL
IN MY FOOD, SO COURT HAS FAILD 2 PROPERLY DUE IT'S DUTY BY DISMISSING MY SUITS, &
FAILING 2 PROTECT MY RITES AS CONSTITUTIONALLY MANDATED, ULTIMATELY LEAVING ME 2 DIE
CONTRARY 2 LAW, BCUZ I ALLEGED IMMINENT DANGER & I'M ALLEGING IT'S PERPETUAL, AS LONG AS I'M
IN FDC CUSTODY I'LL BE PURSUED BY HATE, EVIL & VENGEANCE & COURT HAS NEGLECTED 2 DISCHARGE
DUTY 2 PROTECT & THEREFOR, HAS ME IN STATE OF ONGOING CONTINUED HARM. I NEED COUNSEL 2
SEEK EQUITABLE RELIEF PROPERLY.

CERTIFICATE OF SERVICE

DIS MOTION HAS BEN GIVEN 2: FDC/FSP STAFF 4 MAILING 2: US COURT CLERK @: 300 N.
HOGAN ST, JAX FL 32202 BY/THRU: U.S. MAIL ON: APRIL 23, 2025; I CERTIFY DIS.

/S/ [signature]
Timmy Kinner
F91538
FSP
PO Box 800
RAIFORD FL 32083

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**TIMMY KINNER,**

**Plaintiff,**

v.                                                          Case No:  **3:25-cv-367-WWB-SJH**

**FDOC DIRECTOR, Individual and
Official Capacity, JOHNSON,
Individual and Official Capacity, C.
WYNN, Individual and Official
Capacity, SCOTT, Individual and
Official Capacity, R. PHILIPS,
Individual and Official Capacity, R.
WALKER, Individual and Official
Capacity, SWARTZROCK,
Individual and Official Capacity,
HINKLE, Individual and Official
Capacity, MARCIC THOMAS,
Individual and Official Capacity,
JANE DOE, Individual and Official
Capacity, HAZEL, Individual and
Official Capacity, CENTURION,
Individual and Official Capacity,
JANE DOE, Individual and Official
Capacity, and FDOC SECRETARY,
Individual and Official Capacity,**

**Defendants.**

---

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is Dismissed without prejudice.

Any motions seeking an award of attorney's fees and/or costs must be filed within the time and in the manner prescribed in Local Rule 7.01, United States District Court Middle District of Florida.

Date: April 17, 2025

ELIZABETH M. WARREN,
CLERK

s/L. Richards, Deputy Clerk

"IMMINENT DANGER"

U.S. DISTRICT COURT    & ONGOING HARM
MID DISTRICT OF FL
JAX DIVISION

APR 28 2025 PM 1:57
FILED - USDC - FLMD - JAX

T. KINNER
P.
V.
ALLEN, et al.,
Def.

CASE NO: 3:25 cv 368 WWB SJH

### MOTION 2 APPEAL

I ASSERTED/ALLEGED IMMINENT DANGER IS NOT GOIN AWAY & COURT RULED DAT I CREATED
IT BY HUNGER STRIKE ERRONEOUSLY DISMISSING DIS & OTHER RELATED CLAIMS, AS DEY ALL ARE
DUE 2 ME BEING MOVED HERE & SINCE COURTS HAVE FAILED 2 PROTECT MY RITES, AS PONDERED,
NOT ONLY HAVE I BEN SERIOUSLY INJURED, BUT I'M STILL SUFFERIN HARM, AS A RESULT OF FDC
STAFF RETALIATION & MORE SABOTAGE, S1 DIS CASE & OTHER SHOULD NOT HAVE BEN DISMISSED ON
3 STRIKES BAR BCUZ OF IMMINENT DANGER ALLEGATION & NOT JUST @ FILINGS, BUT PERPETUALLY.

### CERTIFICATE OF SERVICE

I CERTIFY DAT DIS MOTION HAS BEN GIVEN 2 FDC STAFF 4 MAILING 2 US COURT CLERK
@ 300 N HOGAN ST. JAX FL 32202 BY/THRU US MAIL ON: APRIL 23 2025 WED.

(s/in)
TIMMY KINNER
F91508
MAX 60203
FSP
PO 800800
RAIFORD FL 32083

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TIMMY KINNER,

        Plaintiff,

v.                                                                    Case No. 3:25-cv-368-WWB-LLL

WARDEN ALLEN, et al.,

        Defendants.

_____

**ORDER**

    Plaintiff Timmy Kinner, an inmate of the Florida penal system who is proceeding

pro se, initiated this action by filing a Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983,

and a request to proceed as a pauper (Doc. 2).

    The Prison Litigation Reform Act ("**PLRA**") amended 28 U.S.C. § 1915 by adding

the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in
> a civil action or proceeding under this section if the prisoner has, on 3 or
> more prior occasions, while incarcerated or detained in any facility, brought
> an action or appeal in a court of the United States that was dismissed on
> the grounds that it is frivolous, malicious, or fails to state a claim upon which
> relief may be granted, unless the prisoner is under imminent danger of
> serious physical injury.

28 U.S.C. § 1915(g).    Section 1915(g), commonly referred to as the "three strikes"

provision, requires this Court to consider prisoner actions dismissed before, as well as

after, the enactment of the PLRA.

    The Court takes judicial notice of filings previously brought by Plaintiff that were

dismissed on the grounds that they were frivolous, malicious, or failed to state a claim

upon which relief may be granted: (1) *Kinner v. State of Tennessee*, No. 2:13-cv-2732-

JDT-cgc (W.D. Tenn. Jan. 15, 2014) (dismissing the case for failure to state a claim and seeking monetary relief against a defendant who is immune from such relief); (2) *Kinner v. ADA Cnty. Prosecutor's Office*, No. 1:21-cv-128-DCN (D. Idaho Sep. 14, 2021) (dismissing the case without prejudice for failure to state a claim); and (3) *Kinner v. FDOC Director(s)*, No. 3:25-cv-92-WWB-SJH (M.D. Fla. Mar. 27, 2025) (dismissing the case without prejudice for failure to state a claim).   In light of the dismissal of these cases, Plaintiff is a three-strikes litigant pursuant to 28 U.S.C. § 1915(g).

Further, Plaintiff's allegations do not warrant the imminent danger exception to dismissal.  Through his Complaint, Plaintiff alleges that correctional staff violated his First, Eighth, and Fourteenth Amendment rights by denying him access to the courts, physically attacking him, retaliating and discriminating against him.  (Doc. 1 at 3–4).  Plaintiff also alleges that he is "currently on a hunger strike as protest of [the] abuses" and inhumanities happening over the past three years.  (*Id.* at 4).  The Complaint, "as a whole," does not allege that Plaintiff "was in imminent danger of serious physical injury at the time he filed his Complaint."  *Brown v. Johnson*, 387 F.3d 1344, 1350 (11th Cir. 2004); *Medberry v. Butler*, 185 F.3d 1189, 1193 (11th Cir. 1999).  Construing the allegations liberally, a threat of self-harm "is not encompassed within the statutory reference to 'imminent danger of serious bodily injury'," because "[i]f that were the case, virtually every prisoner plaintiff could make such a claim."  *Washington v. Jones*, No. 3:23-cv-24756, 2023 WL 9604643, *1 (N.D. Fla. Dec. 26, 2023) (citations omitted), *report and recommendation adopted*, 2024 WL 554138 (N.D. Fla. Feb. 12, 2023); *Morrill v. Holmes Cnty. Jail*, No. 5:15-cv-324, *9 (N.D. Fla. Jan. 30, 2018) (collecting cases that have held that "self-inflicted injuries by inmates in suicide attempts do not constitute 'physical injury' under the PLRA"), *report*

2

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

EXHIBIT

Mail Number: __K1__
Team Number: _____
Institution: __RMC__

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☒ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Kisner, Timmy | DC Number F31538 | Quarters K1 Cell 7↓ | Job Assignment | Date 8/28/24 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

I need 2 speak w/ sum1 asap PLEEZ

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: F31538

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: AUG 2 9 2024

Patient will be added to mental health call-outs to discuss request further.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Swallows MHP | Official (Signature): A. Swallows | Date: 8/30/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance the original to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.006, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference

RECEIVED
AUG 3 0
MENTAL HEAL...
RECEPTION AND MEDICAL CENTER

1 of 5

*Santa Rosa Property Complaint*
*EXHIBIT*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _X 3_
Team Number: ___
Institution: _RMC Butler_

**TO:** (Check One)
☒ Warden   ☐ Classification   ☐ Medical   ☐ Dental
☐ Asst. Warden   ☐ Security   ☐ Mental Health   ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Kinner, Timmy | Y91538 | X1107↓ | | 9.03.24 |

**REQUEST**                                    Check here if this is an informal grievance ☒

I lef Santa Rosa w/ less than 30 days 2 clarify wat Sgt J. Martin plans 2 do w/ my property bcuz he told me 2 write him & next day I was gone now he has my photos & I need dem stored vs. discarded, disposed, etc. However, I need my grievance forwarded 2 him so der'll be no issues or discrepancies bcuz I dont wish 2 forfeit my property. I also have proof dat des same items have ben stored or allowed on CM1. I need my stuff.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: _Y91538_

### DO NOT WRITE BELOW THIS LINE

Reception & Medical Center
Date: _9/3/24_
Initials: ___

**RESPONSE** Santa Rosa

_209-2409-0017_   DATE RECEIVED: ___

~~Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.~~ Further investigation reveals the following information:

In accordance with Chapter 33-103.014 Reasons for Return of Grievance or Appeal without Processing (1) (v): the inmate is using the grievance process to ask questions or seek information, guidance, or assistance.

Therefore, based on the foregoing information; ~~your grievance is returned without action.~~

Submit an inmate request to property for questions about your property .

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ returned _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): K.Box | Official (Signature): | Date: 9/12/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)        Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED
SEP 1 2 2024

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**

RECEIVED

OCT 07 2024

Department of Corrections
Inmate Grievance Appeals

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☑ **Third Party Grievance Alleging Sexual Abuse**

Staff Misconduct Property

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Kinner    Tommy | F91538 | RMC |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance    24-6-31187

Yall R incompetent or jus deliberate on impeding
&/or causn delays. How I was told by DOC
staff 2 contact 'em via request so my property wont
get thrown away @ Santa Rosa & den I get moved nex
day & have ben 2 2 different spots since dis &
staff @ those spots told me 2 grieve issue &
dey'd forward grievance 2 santa rosa yet dey
faild 2 do dis & I dont want J. Martin (Sgt) @
Santa Rosa thrown away or keepn (stealin) any more
of my property which I plan 2 take bak outa
state w/ me bcuz I came w/ it & cant
stay here in FL DOC safely

| 9/19/24 | Tom K F91538 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

RECEIVED

SEP 2 6 2024

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____

_____
Signature

BMC MAILROOM

**INSTRUCTIONS**

MAILED/FILED

OCT 23 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| KINNER, TIMMY | F91538 | 24-6-31187 | R.M.C.- MAIN UNIT | K3107L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Your grievance appeal is in non-compliance with Chapter 33-103, Inmate Grievance Procedure. "When the grievance complaint concerns a grievance that occurred at another location, it will remain the responsibility of the staff at the inmate's present location to handle the grievance", and respond to you at your current location.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

A. Cochran

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*A. Cochran*

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10/10/2024
DATE

**PART B - RESPONSE**

RECEIVED
WITH AGENCY CLERK

NOV 15 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

| KINNER, TIMMY | F91538 | 24-6-32203 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

Please be advised that an inmate has the responsibility to write the grievances legibly and if not then it can be returned to the inmate without processing.

It is determined that the response made to you by Dr. Bassa on 9/30/24 appropriately addresses the issue you presented.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Clayton Weiss, Health Services Director

| _Clayton Weiss_ | _T. Bowden_ | 11/8/24 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**PART B - RESPONSE**

| KINNER, TIMMY | F91538 | 2409-209-144 | R.M.C.- MAIN UNIT | K3107L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Kinner, Timmy DC# F91538    Grievance # 2409-209-144

Your formal grievance has been received, reviewed, and responded to.

Review of record indicates you were offered mental health services on 8/28/2024 by your assigned counselor. We have a refusal on file for this appointment on 8/28/2024. You have an appointment in the near future. Please cooperate and attend your next appointment.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE (S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

You are being treated in accordance with DC policy and procedure.
************************
Your grievance is hereby denied.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form and providing attachments as required by 33-103.007, and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun St. Tallahassee , FL 32399.

CONFIDENTIALITY NOTICE:  This document may contain confidential and privileged information that is exempt from public disclosure. Any unauthorized review, use, disclosure, or distributions is prohibited.

A. Bassa, MD, CCHP
Medical Director
RMC Hospital

| | | 9/30/24 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**MAILED**

SEP 3 0 2024

4 of 5

PART B - RESPONSE

| KINNER, TIMMY | F91538 | 2410-205-187 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated.

Inmate KINNER, your grievance is not accepted as an emergency grievance. In accordance with Chapter 33-103.002 Inmate Grievances - Terminology and Definitions - an emergency grievance is defined as the following: (4) Emergency Grievance: A grievance of those matters which, if disposed of according to the regular time frames, would subject the inmate to substantial risk of personal injury or cause other serious and irreparable harm to the inmate. Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may submit your informal grievance, in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the above information, your grievance is returned without action.

| | | |
|---|---|---|
| Angel Acevedo, MD RMC - Centurion | | 11/1/24 |
| SIGNATURE AND TYPED/OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

NOV 0 1 2024

*EXHIBIT* *Legal Dedline*

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____

**INMATE REQUEST**    *access 2 Courts Ø Law Libra*    Institution: *FSP*

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other *Law Library* |
|---|---|---|---|---|

| FROM: | Inmate Name *No First Name Noted* *Kinner* | DC Number *F91538* | Quarters *B2203* | Job Assignment | Date *10/29/3.4* |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☒

I have a legal dedline on 11-01-24 w/ Federal Jacksonville Middle District Court dat I need 2 meet by informin dem of my address change from RMC. I also need 2 visit law library 4 research & need 2 b able 2 access out of state law. Dey faild 2 provide proper I.L.L. servces since I ben in FDC (2022).

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: *F91538*

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** *205-2410-0773*    **DATE RECEIVED:** OCT 2 9 2024

*MAILED*

*FSP LIBRARY*

|The following pertains to informal grievances only:

Based on the above information, your grievance is *returned* (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): *S Betterson* Official (Signature): _____ Date: OCT 3 1 2024

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file.
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)    Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT rdp

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**   1st grievd.   DK Chapl

Mail Number: _____
Team Number: _____
Institution: FSP

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other Chaplin |
|---|---|---|---|---|

| FROM: | Inmate Name Khmer, | DC Number F41578 | Quarters B2203 | Job Assignment | Date 10/24/24 |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☑

I'm not able 2 eat bars I'm not on FSP's RDP list 2 receive dis diet. I've wrote &
askd dat it b called 2 address dis. I just got here from RMC & need 2 b on RDP
list.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) _____   DC#: F41578

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 205-2410-0753   DATE RECEIVED: OCT 29 2024

**Your grievance has been received and reviewed. The following answer is being given:**
**Records show you were RDP disapproved on 10/22/2024 by Chaplain Hilley while you**
**were at RMC Main Unit. Therefore, you are currently ineligible for RDP. RDP Procedure**
**503.006(3)(e)1 allows inmate to reapply to the RDP in 6 months following a disapproval.**
**You become eligible to reapply to the RDP after 04/22/2025.** NOTE: Today's 5/9/2025 I still don't
have Kosher Diet approved & on
Hunger Strike again as a result
of un-safe food. Protection in-
Humanity

**Based on the foregoing information, your grievance is denied.**

[The following pertains to informal grievances only:] **Denied**   (Returned, Denied, or Approved). If your informal grievance is denied,
Based on the above information, your grievance is _____
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): C. Bailey   Official (Signature): Clib   Date: 11.01.24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)   Incorporated by Reference in Rule 33-103.005, F.A.C.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          11/06/2024
ISSO158 (14)              DISCIPLINARY REPORT                  PAGE  1
                         HEARING INFORMATION
                         LOG # 205-242936

-----------------------------------------------------------------------
DC#: F91538   INMATE NAME: KINNER, TIMMY E. J.       G2203S INFRACTION
VIOLATION CODE:  0074   TITLE: MISUSE OF STATE PROP   DATE: 10/31/2024
FACILITY CODE:  205     NAME:  FLORIDA STATE PRISON   TIME: 07.40
-----------------------------------------------------------------------
         TEAM      FINDINGS AND ACTION    DATE: 11/06/2024, AT: 08.03
     INMATE OFFERED STAFF ASSISTANCE: DECLINED
     INMATE PLEA: NO PLEA        FINDINGS: GUILTY
     INMATE PRESENT: REFUSED TO APPEAR
POSTPONEMENT:
BASIS FOR DECISION:
     INMATE REFUSED TO APPEAR FOR THE HEARING; DC6-112D
     COMPLETED. THE TEAM FINDS INMATE GUILTY BASED ON ALL
     EVIDENCE SUBMITTED AND STATEMENT IN SECTION I," I WAS
     CONDUCTING A  SECURITY CHECK OF THE SECOND (2ND) FLOOR OF
     G-WING. AS I  APPROACHED CELL G2203S, WHICH HOUSES INMATE
     KINNER, TIMMY  DC# F91538, I OBSERVED INMATE KINNER'S STATE
     ISSUED LINENS  AND BLANKET AND MATTRESS WERE ON THE CELL
     FLOOR AND HIS  STATE ISSUED WHITE SHIRT WAS ON THE BACK CELL
     VENT. INMATE REFUSED TO PARTICIPATE IN THE INVESTIGATIVE
     PORTION. ALL EVIDENCE PROVIDED WAS CONSIDERED PRIOR TO THE
     TEAM RENDERING A DECISION. THIS SERVES AS THE INMATE'S COPY
     OF THE FINAL FINDINGS.


ACTIONS TAKEN:
  DISCIPLINARY CONFINEMENT: 0000; AC CREDIT DAYS: 000; ADJUSTED DC DAYS: 000
  DC PROBATION DAYS SET:   0000;
  VERBAL REPRIMAND                0; PROBATION DAYS SET:   0

  RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
  COMMENTS:
     CM INMATE- AC CREDIT NOT APPLICABLE.   INMATE HAS 15D TO
     APPEAL.


  TEAM CHAIRMAN:  ML029 - LOCKRIDGE, LASONICA
  TEAM MEMBERS:   WINNI - WINNINGHAM, ANDREW
-----------------------------------------------------------------------
-----------------------------------------------------------------------
```

Handwritten annotations (right margin):
NOTE: DATE
WCW WARDEN DID DPS 2
MG (OPDARM STAFF 2 TAKE
state issued property ) He said
"TRIK OR TREAT? IT WAS HALLOWEEN
MORNING"
FALSE!
SABOTAGE!
FORCED 2 SLEEP
ON BRICK no mat
COLD & NAKED!
RETALIATION!

PART B - RESPONSE

| KINNER, TIMMY | F91538 | 2411-205-016 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed, and evaluated. Further investigation reveals the following information: The response that you received to the attached informal grievance 205-2410-0753 is found to adequately address your issue.

Therefore, based on the foregoing information; your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required by paragraphs 33-103.007(3)(a), F. A. C., and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

L. Thompson

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S 'REPRESENTATIVE | DATE |
|---|---|---|

NOV 0 5 2024

DEC 0 4 2024

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| KINNER, TIMMY | F91538 | 24-6-36078 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to Chaplaincy Services, who provided the following:

According to the institution and Department records, you were disapproved for the RDP/CFO diet because your application revealed you were unable to articulate a religious reason for the RDP/CFO diet. The disapproval conforms with Procedure 503.006. You may reapply for the RDP/CFO diet 180 days after the date of your denial.

Based on the foregoing, your appeal is denied.    *EXCESSIVE + WHAT DO I EAT 4 180 DAYS?*

T. Bowden

_____          _____          _____
SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.          DATE
EMPLOYEE RESPONDING          WARDEN, OR SECRETARY'S
          REPRESENTATIVE

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-034 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

11 (PERSONAL PROPERTY)

| 11/5/24 | 2411-205-034 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 24-6-36078 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

08 (LEGAL)

| 11/7/24 | 24-6-36078 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-066 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

32 (MAINTENANCE/ENVIRONMENTAL ISSUES)

| 11/8/24 | 2411-205-066 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-072 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

| 11/8/24 | 2411-205-072 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-074 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

| 11/8/24 | 2411-205-074 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |