EXHIBIT

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: FSP

## INMATE REQUEST

Staff misconduct / Property Transfer from RMC/COP

TO:
(Check One)
☒ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☒ Medical
☐ Mental Health
☐ Dental
☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Kinner Jimmy | F91538 | G2203 | | 11·13·24 |

Check here if this is an informal grievance ☒

**REQUEST**

① I NEED MY PROPERTY FROM RMC; I LEFT ON 10/28/24; I HAVE PENDING

(CURRENT) LEGAL & I FEAR LOSS AS I KNO IT'S COMMON 4 FDOC STAFF 2

RETALIATE BY THROWING AWAY &/or KEEPING INMATE'S PROPERTY

② I ALSO HAVE MISSIN PROPERTY FROM SANTA ROSA DAT I NEED SECURED

HERE LT PROCK OFCS HEWETT, WILSON TOOK STUFF @ K3107 ON 10·25·24; SGT

MARTIN TOOK IT @ SANTA ROSA BAK IN LIKE AUG OR SEP DAY BY I HIT NWFRC

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All
informal grievances will be responded to in writing.

DC#: F91538

Inmate (Signature): _____

———————— DO NOT WRITE BELOW THIS LINE ————————

**RESPONSE**  205-2411-0362

DATE RECEIVED: NOV 13 2024

Attach both are about property
these are 2 seperate institutions and
time frames and need to be addressed
as such.

[The following pertains to informal grievances only:] ____Returned____ (Returned, Denied, or Approved).  If your informal grievance is denied,
Based on the above information, your grievance is _____
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): S. Tollicts         Official (Signature): _____  Date: 11/14/24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)         Incorporated by Reference in Rule 33-103.005, F.A.C.

1 of __

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-123 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

11 (PERSONAL PROPERTY)

| 11/14/24 | 2411-205-123 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

access 2 courts violation/staff mis-conduct/mail

Mail Number: _____
Team Number: _____
Institution: FSP main

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name KINNER, Jimmy | DC Number F91538 | Quarters G2203S | Job Assignment max man. | Date 11·17·24 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☒

MAILROOM STAFF IS VIOLATING MY CONSTITUTIONAL RITE(S) BY REFUSIN 2 ADD POSTAGE 2 LEGAL MAIL, ALLEGING & ASSUMIN IT'S PRIVILEGED WHICH ISN'T TRUE OR LEGAL. LEGAL & LAWFUL R SYNONYMOUS & CRIMINAL & CIVIL MATTERS BOTH R LEGAL MATTERS, SO ALREADY MY RITE 2 ACCESS COURTS HAS ALREADY BEN VIOLATED DUE 2 MAILROOM STAFF'S INCOMPETENCE.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____     DC#: F91538

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE** 205-2411-0470     **DATE RECEIVED:** NOV 18 2024

Issue has already been deal't with.
Refer back to grievance log #205-2411-0449.

The following pertains to informal grievances only:
Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): A. Rivera | Official (Signature): _____ | Date: 11/19/24 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)     Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| | | | | |
|---|---|---|---|---|
| **KINNER, TIMMY** | **F91538** | **2411-205-151** | **FLORIDA STATE PRISON** | **G2203S** |
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

| | |
|---|---|
| **11/18/24** | **2411-205-151** |
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2411-205-153 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

| 11/18/24 | 2411-205-153 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| **KINNER, TIMMY** | **F91538** | **2411-205-193** | **FLORIDA STATE PRISON** | **G2203S** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10 (COMP AGAINST STAFF)

| **11/20/24** | **2411-205-193** |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

*EXHIBIT*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: **11.24.22**                                     Time: _____

Inmate Name: **KINNER TIMMY**              DC#: **F91538**

Housing assignment: **G 2203S**             Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☐ No
If so, why: _____

Problem:

☒ Pass/pass renewal

☒ Medication renewal

☒ Need information (explain): _____

☒ Problem with ADA/Disability equipment or supplies (explain the problem): _____

*Please discuss MH symptoms w your counselor*

*J. Beard, Psy.D.*
*Provisional Psychologist*
*Florida State Prison*

☑ Mental Health

☑ Dental

☑ Medical (explain): IMPROPER FOOD (DIET), STRESS INDUCED AILMENTS DUE 2 TRANSFER 2 FDOC HOUSING FDOC MEDICAL REFUSES 2 EVEN OFFER PROPER CARE: NEED GLASSES, HEARING AIDS: SHAMPOO. PLEEZ. NEED CARE 4 MIGRAINES, TOLD CAFFEINE WORKS: NEED COFFEE THEN PROVIDED

When did problem/symptoms start? _____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: **11/24/26 @ 0652 J dent LPN**
Triaged by: (Print name and licensure) _____ on (Date/Time) _____
Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:  Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

Mail Number: _____

Team Number: _____

**INMATE REQUEST**

PROPERTY / TRANSFER / Conditions of Confinement FSP

Institution: __FSP__

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other | PROPERTY STAFF |
|---|---|---|---|---|---|

| FROM: | Inmate Name Killmer Timmy | DC Number F91538 | Quarters G2203S | Job Assignment | Date 12-02-24 |
|---|---|---|---|---|---|

**REQUEST**                        Check here if this is an informal grievance ☒

I GOT HERE (FSP) ON 10·27·24 & HEARD NOTHING OF MY PROPERTY
FROM RMC (PREVIOUS PRISON).

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): J.K.                    DC#: F91538

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE** 205-2412-0014        **DATE RECEIVED:** DEC 02 2024

RMC was contacted and states
your property was being forwarded

However, I never got 97% of it still!
—TK
5/9/25

The following pertains to informal grievances only:
Based on the above information, your grievance is __approved__ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): J. Tollick Sf   Official (Signature): _____   Date: 12/5/24

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)        Incorporated by Reference in Rule 33-103.005, F.A.C.

*HUNGER STRIKE
WAR DECLARED!*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
## INMATE SICK-CALL REQUEST

Date: 12 08 24                                    Time: _____

Inmate Name: _____                     DC#: 171158

Housing assignment: _____              Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐  Pass/pass renewal

☐  Medication renewal

☐  Need information (explain): _____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): _____
_____

☐  Mental Health

☑  Dental

☑  Medical (explain): PROTESTING INHUMANE TREATMENT, CONDITIONS WAR
D'CLARED AGAINST MY LIFE & LIMB, IM-PROPER FOOD PROVIDED, IM-PROPER
MEDICAL CARE &/OR LAK THEREOF, BLOOD IN FECES, DEPRESS'D STRESS'D,
RETALIATED AGAINST DENIED FRESH AIR, 24 HRS. LOCK'D IN CELL

When did problem/symptoms start? _____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: _____
Triaged by: (Print name and licensure) _____ on (Date/Time) _____
Assigned Triage Level:  ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)       (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT G22038 Max Anony

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

1st amend/ C.O.C./ RELIGIOUS REQUEST

Mail Number: _____
Team Number: _____
Institution: __Main Unit__

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other CHAPEL |
|---|---|---|---|---|

| FROM: | Inmate Name Kinner, Timmy | DC Number 791538 | Quarters G22038 | Job Assignment | Date 12·10·24 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

WHY HAVENT YALL REPLIED 2 REQUEST 4 KORAN & OTHR RELIGIOUS/SPIRITUAL READING CONTENT?

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: 791538

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:    DEC 1 3 2024

None Available

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 12/12/24                                    Time: _____

Inmate Name: Nancy Timm                    DC#: T91038

Housing assignment: C-D0026              Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐    Mental Health

☐    Dental

☐    Medical (explain): HITTING   BLOOD & I NEED MY KEPPRA IM HAVING
BURNING CHEST PAIN & I GOT GASSED (2X) RECENTLY
_____
_____

When did problem/symptoms start? CHEST PAIN AFTER GASSING
_____

| TO BE COMPLETED BY TRIAGE NURSE: |
|---|
| Date/Time received: 12/13/14 (Bugos) 8:45 (a) |
| Triaged by: (Print name and licensure)_____ on (Date/Time)_____ |
| Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent |
| Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____ |

Inmate Name_____
DC#_____ Race/Sex_____
Date of Birth_____
Institution_____

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

NOTE: 2 ID COURT FL DISTRICT COURT
SUBJECTED ME 2 MORE HARM &
RETALIATION BY SENDING DIS 2
DOC STAFF WEN I TOLD DEM →
D'CLARED DAT DOC STAFF WAS
TRYING 2 CAUSE MY DEATH.
DEY CAME & BATTERED ME LIKE
DEY DID I'M BATTLE WEN DEY GOT DIS FORM @ UCI - T.K. 5/9/2025

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:   **Notification to Appropriate**
**Officials in Prisoner Cases**      **Case No. 3:14-mc-52-MMH-MCR**
**Alleging Possible Danger of**
**Injury or Death**

---

### SECOND AMENDED STANDING ORDER NOTIFYING INSTITUTION REGARDING INMATE CLAIM OF SUICIDAL INTENT OR OTHER IMMINENT PHYSICAL HARM

Because this Court has a very high number of cases filed by prisoners in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, the Court routinely enters orders on an expedited basis directing the Clerk of the Court to immediately notify the appropriate prison officials of such allegations for whatever action may be deemed appropriate. In an effort to expedite such notification, it is hereby **ORDERED**:

1.     Upon receiving any correspondence or pleading from an inmate in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, the **Clerk** shall immediately transmit, via e-mail and/or facsimile, a copy of such correspondence or pleading and this Order to the Inspector General for the

Florida Department of Corrections and the Warden or head of the institution at which the inmate is confined for whatever action may be deemed appropriate in light of the inmate's allegations. This is merely a notification to appropriate officials not a ruling on the merits of the case or motion. The **Clerk** shall also send a copy of this Order to the filing party.

    2.    The **Clerk** shall make an entry on the docket reflecting compliance with paragraph 1 of this Order.

    **DONE AND ORDERED** at Jacksonville, Florida, this <u>22nd</u> day of January, 2024.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Division Manager
Court Operations Supervisor

2

EXHIBIT GGZUX

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

_Food Issues / Food Service /C.O.C / Food Service_

Mail Number: _____
Team Number: _____
Institution: _FSP_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other _FOOD SERVICE_ |
|---|---|---|---|---|

| FROM: | Inmate Name _Kidner Timmy_ | DC Number _F91538_ | Quarters _G2203B_ | Job Assignment | Date _12·17·24_ |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance. ☒

6:50 am I had Sgt Connell take BRKFST Tray Dat had long Blak Hair in my Tray (food); Yesterday (12·16·24) @ lunch Sgt Starling withessd Trays had no sauce 4 nuggets nor salt nor spoons. So Quantity & Quality of Trays R frequently gettin worse. nuggets w/o mayo or ketchup or mustard. 1 day I got only 3 nuggets & dey want u 2 send whole Tray bak. Den u wait & get a worser Tray. Wer's da Quality Cantrol, Hair in Tray on 12·17 @ G-2203 6:50a. I gave Tray 2 Sgt Connell 2 address w/ Food Service. No sugar on Tray, no Jelly on Tray

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: _F91538_

---

## DO NOT WRITE BELOW THIS LINE

13H

**RESPONSE** 205-2412-0522    DATE RECEIVED: DEC 17 2024

Upon Further review of your grievance, we will monitor your above grievance with be closely look at.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): _C. Farmer_ | Official (Signature): _C Farmer_ | Date: _12-18-24_ |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)        Incorporated by Reference in Rule 33-103.005, F.A.C.

1 of

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

HUNGER
STRIKE
DECLARED

Date: 12.25.24                                      Time: _____

Inmate Name: LINNICK, Timmy          DC#: T91538

Housing assignment: G2203P          Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐Yes  ☐No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐Yes  ☐No
If so, why:_____

Problem:

☒  Pass/pass renewal        FRONT CUFF PASS RE-NEWAL

☒  Medication renewal

☒  Need information (explain):_____

☐  Problem with ADA/Disability equipment or supplies (explain the problem): GLASSES, HEARING
    AIDS

☐  Mental Health

☐  Dental

☒  Medical (explain): NEED RUB (MUSCLE) STAMPED, DENTAL +
    PROTEIN INTHUMANE TREATMENT (IMPROPER FOOD)
    LIKE 5th, 6th TIME ON HUNGER STRIKE IN 66 DAYS + PROTECT
    BLOOD IN STOL, NIGHTMARES WANT BLOOD TEST

When did problem/symptoms start? + KNOW SMITH, MARTIN DOMAN, UNSAFE BODY
    MY MEDICAL RESTRICTIONS

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 12/26/24 @ 0632  J Jones LPN
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level:  ☐ Routine     ☐ Urgent     ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____

---

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)          (Revised 6/21)          Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 10-28-24

Time: _____

Inmate Name: Kinner Timmy

DC#: 191638

Housing assignment: MAX GJ1035

Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☑ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Problem with ADA/Disability equipment or supplies (explain the problem): _____
Glasses _____

☐ Mental Health

☐ Dental

☐ Medical (explain): HAD IN SOOL MIGRANES SIRGS SUPPOSD DONT
_____ POST RE HEDACE

_____

_____

When did problem/symptoms start? _____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: S/M 12/28/24 @ 0700
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level:  ☐ Routine   ☐ Urgent   ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____

---

Inmate Name_____
DC#_____ Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)          (Revised 6/21)          Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT G2203S Max Man F.S.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST** ~~Staff~~ Mis-conduct

FOOD SERVICE/FOOD PROBLEMS/(UN-SANITERY) IMPROPER FOOD

Mail Number: _____
Team Number: _____
Institution: FSP

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other ___ |

| FROM: | Inmate Name: Kinner, Tiffany | DC Number: 791538 | Quarters: G2203S | Job Assignment: | Date: 12/28/24 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☒

6: am SGT LYLES FED ME BRKFST @ G2203S W/ OFC (THOMPSON)
I HAD ROACH ON TRAY IN FOOD, I THREW UP (VOMIT) WAT I HAD ATE, DER WAS
STILL SUM FOOD LEF ON TRAY. I TOLD & VERIFIED DIS W/ SGT LYLES
ASAP. HE SAYS FOOD SERVICE (CRITCHFIELD) WANT WHOLE TRAY. SO, WAS I
POSED 2 SEND BAG OF VOMIT BCUZ I HAD 2 REALIZE DAT IT WAS A ROACH IN
MY FOOD B4 GETIN SIK & VOMITING. SHE REFUSE 2 REPLACE FOOD. I WAS
DENIED, SEE A/V 12/28/24 6: am SGT TAKES FLASHLITE 2 TRAY & SEES ROACH
& AGREES DAT STRICHFIELD'S DIFFICULT SINCE SHE ASKD 4 WHOLE TRAY. THO
I TOLD EM I DIDN'T & COULDN'T HAVE KNOWN ROACH WAS ON TRAY, BCUZ IT WASN'T
VISIBLE, AS IT WAS BROWN (SAME COLOR AS CEREAL) WAT TYM FOOD SERVICE ISN'T
DENY PROPR FOOD; IF UR @ AN EATERY & DERS AN ISSUE (ROACH IN FOOD) DEY REFUND $ &
RE-PLACE MEAL, BCUZ DAT'S PROPER. SHAME ON F.S.P. FOOD SERVICE STAFF 4 PETTINESS.

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): TK | DC#: 791538 |
|---|---|

---

12C

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**   205-2501-0015                    DATE RECEIVED: JAN 0 8 2025

I am the new food service director. I wasn't
here when this had happened. However, I will look
into this

NOTE 2 ID FED COURT: IT DOESN'T MATTER, BCUZ SINCE SHE GOT HERE IT MAY HAVE GOTTEN
WORSE W/ HER AS DIRECTOR

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Denied** . (Returned, ~~Denied~~ or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): J. Gainous | Official (Signature): J. Gainous | Date: 4/8/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)         1 of ___      Incorporated by Reference in Rule 33-103.005, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: 12 30 24

Time: _____

Inmate Name: _____

DC#: _____

Housing assignment: _____

Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☐ No
If so, why: _____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐ Mental Health

☐ Dental

☐ Medical (explain): PROTESTIN IN HUMANE TREATMENT IM-PROPER FOOD /
DIET SPECIALTY DIET REQUIRD) NOT ALLOWD PROPER CLEAN FOOD
OPPS TRYhA KILL ME  NEED S___ ___ ___ ___ ___ ___ ___
D___ ___ ___ GETTIN WORSE  BEING HERE @ I.S.P. ___ ___ ___
___

When did problem/symptoms start? _____

| TO BE COMPLETED BY TRIAGE NURSE: |
| Date/Time received: _____ on (Date/Time) _____ |
| Triaged by: (Print name and licensure) _____ |
| Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent |
| Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name _____

DC# _____ Race/Sex _____

Date of Birth _____

Institution _____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Hunger Strike

Date: Jan 1st 2025                                  Time: _____

Inmate Name: Zinner Jimmy          DC#: T91538

Housing assignment: Max G22038          Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☐ No
If so, why: _____

Problem:

☒ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☒ Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐ Mental Health

☐ Dental

☒ Medical (explain): Severely Diabetic Need proper food, protein in humane care & custody. Need front left RC mcwd, need glasses & hearing aid (look @ XV the pictures but I have trauma I prove my suspicions) they damn all types wild shit here it needs 2 stop

When did problem/symptoms start? Since arrival

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 1 1 25 @ 0110 M
Triaged by: (Print name and licensure) _____ on (Date/Time) _____
Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| **KINNER, TIMMY** | **F91538** | **2501-205-014** | **FLORIDA STATE PRISON** | **G2203S** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10 (COMP AGAINST  STAFF)

| **1/2/25** | **2501-205-014** |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _____  Time: _____

Inmate Name: _____  DC#: _____

Housing assignment: _____  Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☒No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☐No
If so, why: _____

Problem:

☒    Pass/pass renewal

☐    Medication renewal

☒    Need information (explain): _____

☒    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐    Mental Health

☐    Dental

☒    Medical (explain): _____
_____

When did problem/symptoms start? _____
_____

| TO BE COMPLETED BY TRIAGE NURSE: |
| --- |
| Date/Time received: _____ |
| Triaged by: (Print name and licensure)_____ on (Date/Time)_____ |
| Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent |
| Date patient assessed by nurse:_____  Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Staff MIS-conduct / In-Humane Treatment @ FSP C.C,

Mail Number: _____
Team Number: _____
Institution: __FSP__

| TO: (Check One) | ☒ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name KINNER Timmy | DC Number T91538 | Quarters G2203 β | Job Assignment | Date 1·7·25 |
|---|---|---|---|---|---|

**REQUEST**                         Check here if this is an informal grievance ☒

BASICALLY BOTH DES GRIEVANCES R SELF-EXPLANITORY ONCE A/V IS SEEN BCUZ IT'S ALL HATE STAFF MIS-CONDUCT, DISCRIMINATION, RETALIATION &/OR IN-HUMANE TREATMENT. RESPONSE WAS NATURE OF GRIEVANCE COULDNT B INVESTIGATED BUT JUS LOOK @ A/V: 11/15/24 BRKFST, 12/13/24 BRKFST, 12/21/24 BRKFST, 12/25/24 BRKFST, 12/29/24 BRKFST, 12/31/24 BRKFST

DIS ALONG W/ 2 ATTACHMENTS & FACTS ARE CLEARLY LAID OUT 2 READ

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____        DC#: T91538

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 205-2501—0338          **DATE RECEIVED:** JAN 09 2025

☐ Your request for administrative remedy has been reviewed and evaluated.

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. Florida State Prison Grievance Office does not have access to the Inspector General's cases as they are an independent investigation agency as well as the time frame given for the IG case. This case is still open and assigned to the Inspectors office. The Inspector General Office will advise you when the case is closed and with the disposition.

As this issue was previously reported, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

L. Thompson

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): L. Thompson | Official (Signature): L. Thompson | Date: 1/9/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT 00205 *Work mans 19*

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

access 2 courts DENIED/ STAFF misconduct & b.o.r. ar

| Mail Number: |
| Team Number: |
| Institution: FSP |

| TO:<br>(Check One) | ☒ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>KINNER Timmy | DC Number<br>T91538 | Quarters<br>G22088 | Job Assignment | Date<br>1/7/25 |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☒

Law Library Staff & Services in-adequate, in-competent & impeding. **PROOF:**
I sent request asking 4 copies (which have been delayd) & it was 2 get my
access 2 court (legal request) back 2 day so I coud file, but again it has been
delayd.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: T91538 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

RESPONSE  205-2501-0382  DATE RECEIVED:  **JAN 0 9 2025**

**The Law Library Staff at FSP denies your allegations, the reasons you were not given the complete copies was explained on your copy request #205-2025-015 because you failed to send all paper work from the courts proving that you needed more copies. You only submitted one court agency on your copy**

The following pertains to informal grievances only:

Based on the above information, your grievance is _denied_ . (Returned, Denied, or Approved). If your informal grievance is denied, **MAILED** you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): S. Stetson | Official (Signature): | Date: JAN 1 0 2024 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file **FSP LIBRARY**
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

Exh. B

# INMATE REQUEST

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

access 2 courts / Law Library / L.O.C. Library

| | | Mail Number: |
| | | Team Number: |
| | | Institution: FSP |

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Kinner Timmy | DC Number F91538 | Quarters G22035 | Job Assignment | Date 1-7-25 |

## REQUEST
Check here if this is an informal grievance ☒

FSP DOESNT HAVE &/OR ISNT PROVIDING ADEQUATE LEGAL SERVICE(S) WHICH EQUATES 2 DENIAL OF ACCESS 2 COURTS; CONSTITUTIONAL VIOLATION

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): JK          DC#: F91538

---

**DO NOT WRITE BELOW THIS LINE**

RESPONSE  205-2501-0383          DATE RECEIVED: JAN 09 2025

## The Law Library Staff at FSP denies your allegations.

OF COURSE DEY DO! SMH.

[The following pertains to informal grievances only:
Based on the above information, your grievance is _denied_. (Returned, Denied, or Approved.) If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

MAILED

| Official (Print Name): S Jefferson | Official (Signature): | Date: JAN 10 2024 |

FSP LIBRARY

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)          Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT    G3303D

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**                                    Mail Number: _____
Staff mis-conduct / C.O.C / In-Humane Treatment      Team Number: _____
                                                      Institution: FSP

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Skinner Tammy | F91538 | G22035 | | 1-8-25 |

**REQUEST**                          Check here if this is an informal grievance ☑

Des (2) grievances deal w/ staff mis-conduct. Playin w/ food mostly. Just
see a/v @ my cell on dates @ G2203 see: 1/15/24 (12-8a); 12/13/24 (12-8)
12/14 (12-8a); 12/25/24 (12-8a) 11/4/24 (4-12a); 12/17/24 (4-12a); 12/09/24 (12-8a); 12/30/24
(12-8a); 12/31/24 (12-8a); 1/4/25 (12-8a); 1/2/25 (8-4p) all food issues

(2) attachments Re-filed + 1

N/U proof of mis-conduct

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: F91538 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 205-2501-0339    **DATE RECEIVED:** JAN 0 9 2025

Your request for administrative remedy has been reviewed and evaluated.

This issue was previously reported to the office of the Inspector General for appropriate review and disposition. Florida State Prison Grievance Office does not have access to the Inspector General's cases as they are an independent investigation agency as well as the time frame given for the IG case. This case is still open and assigned to the Inspectors office. The Inspector General Office will advise you when the case is closed and with the disposition.

As this issue was previously reported, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

L. Thompson

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___Denied___, (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): L. Thompson | Official (Signature): L. Thompson | Date: 1/9/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)    1 of 4    Incorporated by Reference in Rule 33-103.005, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _____    Time: _____

Inmate Name: _____    DC#: _____

Housing assignment: _____    Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes ☐ No
If so, why: _____

Problem:

☑ Pass/pass renewal

☑ Medication renewal

☑ Need information (explain): _____

☑ Problem with ADA/Disability equipment or supplies (explain the problem): _____

☑ Mental Health

☐ Dental

☑ Medical (explain): _____

When did problem/symptoms start? _____

| TO BE COMPLETED BY TRIAGE NURSE: |
| --- |
| Date/Time received: _____ |
| Triaged by: (Print name and licensure) _____ on (Date/Time) _____ |
| Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent |
| Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:    Original – File on R side of outpatient record in date order

Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| KINNER, TIMMY | F91538 | 2501-205-091 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10 (COMP AGAINST  STAFF)

| 1/10/25 | 2501-205-091 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: July 10 2025                    Time: _____

Inmate Name: Kinner, Timmy            DC#: F91538

Housing assignment: G2203$ Max man.   Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☐ No
If so, why: _____

Problem:

☒  Pass/pass renewal

☒  Medication renewal

☒  Need information (explain): REQUESTING INFO ON EFFECTS OF FUNGUS, MOLD, MILDEW INFECTIONS

☒  Problem with ADA/Disability equipment or supplies (explain the problem): _____

☒  Mental Health

☐  Dental

☒  Medical (explain): DEPRESSD, FRUSTRATED, AGGRAVATED

_____

_____

When did problem/symptoms start? 5/28/22

*Apt ō MHP will be scheduled*
*G. Emanouilidis, Psy.D.*
*Regional MH Director*
*F9195*

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 1-10-25 @ 0800
Triaged by: (Print name and licensure) M. Dermault    on (Date/Time) 1/10/25 259pm
Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____    Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name _____          Distribution:    Original – File on R side of outpatient record in date order
DC# _____ Race/Sex _____     Pink – Inmate (special housing only – otherwise destroy)
Date of Birth _____
Institution _____                This form is not to be amended, revised, or altered without approval of the
                                           Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

FOOD SERVICE REQUEST/ I.C.O.C. / DIET REQUEST C 615

Mail Number: _____
Team Number: _____
Institution: 2025

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other F.S. Director J. Gainous |
|---|---|---|---|---|

| FROM: | Inmate Name Kinner Timmy | DC Number F91538 | Quarters G2203S | Job Assignment | Date 1·10·25 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☒

I GOT REPLY FROM U ABOUT "NOT BEING HERE & LOOKIN N2 IT". HOWEVR, DIS DOESNT
NEGATE THE DAMAGE ALREDDY DON. DER4 I PROPOSE U ALLOW ME DIS DIET:
2 B SERVD 1 TIME @ BRKFST ONLY |5 PB SQUEEZES, 1 CEREAL, 3 APPLE JELLYS
1 BOX MATZO CRACKRS & 1 FISH ALL UN-OPENED, UN-ALTERED, ETC. SARAN WRAPD
W/ 3 PAPER PLATES. OTHERWISE I'LL B SUING U 4 DAMAGES, BCUZ I DON'T
TRUST FOOD & I HAVE ENEMIES HERE @ F.S.P.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____   DC#: F91538

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE  205-2501-0454   DATE RECEIVED: JAN 13 2025

Your request for Administrative Remedy or Appeal has been received, reviewed, & evaluated.

Your request for administrative remedy is in non-compliance w/ Chapter 33-103.014 (1)(d) Inmate Grievance Procedure, which states: The grievance is not written legibly and cannot be clearly understood.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance in compliance with Chapter 33-103, Inmate Grievance procedure. Attach a copy of this response to your refiled grievance.

The following pertains to informal grievances only:

Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): J. Gainous | Official (Signature): J. Gainous | Date: 1/18/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT

*(handwritten top right)* HUNGER STRIKE RE-DISCLOSED

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1-16-25

Time: _____

Inmate Name: Prince Timmy

DC#: T96538

Housing assignment: AMX G2203 B

Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐ Yes  ☐ No
If so, why: _____

Problem:

☐ Pass/pass renewal

☑ Medication renewal

☑ Need information (explain): *on lethal diseases, illness, food effects, etc.*

☑ Problem with ADA/Disability equipment or supplies (explain the problem): *etc C Hearing*

☑ Mental Health

☐ Dental

☑ Medical (explain): *Treat sick too on 1/16/25 need results (schematic) C gastro Doc bbc food's not good it is bad, xrays nasty moldy & food not clean & not proper + promoting inhumane conditions & treatment told monitoring about dirty trays & doc expressed his disgust said "it's disgusting!"*

When did problem/symptoms start? *Oct. 27, 2024 (Day of arrival @ TSP)*

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: Feb 25 @ 0200 Gu
Triaged by: (Print name and licensure) _____ on (Date/Time) _____
Assigned Triage Level: ☐ Routine  ☐ Urgent  ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (**special housing only – otherwise destroy**)

This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1/18/25                                       Time: _____

Inmate Name: KINNER Timmy          DC#: F91538

Housing assignment: MAX G22035        Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐   Pass/pass renewal

☑   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____
_____

☐   Mental Health

☐   Dental

☐   Medical (explain): Constant SEVERE migraines joint pain (stiffness) vision (site)
problems & stomach problems due 2 food diet & or stress depressd also
_____

When did problem/symptoms start? Couple yrs bk but increased since being in FDOC

| TO BE COMPLETED BY TRIAGE NURSE: |
| --- |
| Date/Time received: 1/19/25  RN Dos |
| Triaged by: (Print name and licensure)_____ on (Date/Time)_____ |
| Assigned Triage Level: ☐ Routine   ☐ Urgent   ☐ Emergent |
| Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name_____        Distribution:  Original – File on R side of outpatient record in date order
DC#_____Race/Sex_____        Pink – Inmate (special housing only – otherwise destroy)
Date of Birth_____
Institution_____        This form is not to be amended, revised, or altered without approval of the
                                                Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

EXHIBIT

Date: _1/23/25_    Time: _____

Inmate Name: _Flanner Timmy_    DC#: _T46556_

Housing assignment: _Max G2203 B_    Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐ Yes ☐ No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)   ☐ Yes ☐ No
If so, why:_____

Problem:

☒   Pass/pass renewal

☒   Medication renewal

☒   Need information (explain):_____

☒   Problem with ADA/Disability equipment or supplies (explain the problem): _Slip & hearing_
_____

☐   Mental Health

☐   Dental

☒   Medical (explain): _NEED Hemo/ult Test Done 2C Gastro Dr_
_& Special Diet_
_____
_____

When did problem/symptoms start? _Since arrival @ IDOC_

| TO BE COMPLETED BY TRIAGE NURSE: |
|---|
| Date/Time received: _1/23/25 @ 0800 am_ |
| Triaged by: (Print name and licensure)_____ on (Date/Time)_____ |
| Assigned Triage Level: ☐ Routine   ☐ Urgent   ☐ Emergent |
| Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name_____
DC#_____ Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS** *C.O.C.*

Mail Number: _____
Team Number: _____
Institution: _F.S.P_

# INMATE REQUEST

Staff mis-conduct / Food violations / Food problems

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Kinner Timmy | F91538 | G2203$ | Max Man | 1.24.25 |

## REQUEST
Check here if this is an informal grievance ☒

NO APPLESAUCE SHOULD BE ON TRAYS 4 VEGAN IF NOT ON MENU. IT'S FRESH FRUIT. ON 1.24.25 DINNER TRAYS HAD BAKED POTATO & I GOT UN-COOKED POTATOS ON VEGAN. ON 1.26.25 DER WAS APPLESAUCE ON LUNCH TRAY (VEGAN) CARROTS PINTO BEANS, & PASTA (@ DINNER DEY GAVE ME SAME EXACT THING). I ASKD GILL 2 CALL & CHEK SINCE SUNDAY 1.26.25 (REG) TRAYS GOT P.B. WHY DIDN'T I & HE SAID "IT WASNT POSED 2 BE P.B. ON VEGANS 2 DAYS ON DINNER, ALSO I DON'T LIKE HOW YALL PUT P.B. ON BRKFST TRAYS ITS MELTD OR WET BCUZ YALL GOT IT ON TRAY W/ HOT GRITS OR OATS & DIS ISNT PROPER. I HAD CARROTS MIXD W/ POTATOS IN SAT. DINNER. I DON'T EAT CARROTS LIKE DAT. I DON'T WANT VEGAN DIET DUE 2 DIS TYPE OF IM-PROPER FOOD SERVICE & NOW I'M BAK ON HUNGER STRIKE AS RESULT BCUZ I'M PROTESTIN DIS IN-ADEQUATE FOOD SERVICE. I WANT A PROPER DIET.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: F91538 |
|---|---|

---

### DO NOT WRITE BELOW THIS LINE

**RESPONSE**     205   2501   0903     **DATE RECEIVED:**   JAN 27 2025

Apple sauce is the legal substitute for Fresh Fruit, Carrots are served fresh or cooked.

You will be removed on the vegan diet list.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_. (Returned, Denied, or ~~Approved~~). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | J. Bainns | Official (Signature): | ~~J. Bainns~~ | Date: | 1/29/25 |
|---|---|---|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103, F.A.C, attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)    Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST
### DEPARTMENT OF CORRECTIONS
STATE OF FLORIDA

C.O.C / HYGIENE                    OCON   Lt Winninghar

Mail Number: _____
Team Number: _____
Institution: FL State Prison

| TO: (Check One) | ☒ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Kinner Timmy | F91538 | G22038 | Max man. | 1-26-25 |

**REQUEST**                    Check here if this is an informal grievance ☒

2 nite I askd 2 clip nails & was denied; I've only ben able 2
clip my nails 1 time in 3 mos.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____    DC#: F91538

---
**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED: JAN 27 2025

205  2501  0891

3rd shift staff will be instructed to
provide you with Nail clippers on the next Haircuts Night

(TO COURT)
SEE: → THO Nail CLIPPER STILL NOT PROVIDED

[The following pertains to informal grievances only:]
Based on the above information, your grievance is Approval . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): Lt. A. Winninghar    Official (Signature): _____    Date: 1-29-25

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                Incorporated by Reference in Rule 33-103.005, F.A.C.

*(EXHIBIT)* *HUNGER STRIKE*
*(INBOARD)*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _____    Time: _____

Inmate Name: _Kinner Jimmy_    DC#: _T96258_

Housing assignment: _F11055_    Job assignment: _Max_

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why:_____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain):_____

☐    Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐    Mental Health

☐    Dental

☐    Medical (explain): _Prolonged undesired systemic (poisoning)_
_& abuse of power to tamper food (in cell). Too many_
_problems that caused severe digestion & abuse of system_
_etc.) "oil, bis prison" uno prison" do dis prison I uno cause_

When did problem/symptoms start? _5-20-21_

_____

| TO BE COMPLETED BY TRIAGE NURSE: |
|---|
| Date/Time received: _1-27-25 @ 0720_ |
| Triaged by: (Print name and licensure)_____ on (Date/Time)_____ |
| Assigned Triage Level:  ☐ Routine  ☐ Urgent  ☐ Emergent |
| Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call:_____ |

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate (special housing only – otherwise destroy)

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)    (Revised 6/21)    Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT G-20095

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

FOOD PROBLEMS / C.O.L. / MIS-CONDUCT OF

Mail Number: _____
Team Number: _____
Institution: FSP MAIN

| TO:<br>(Check One) | ☒ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Kinner Timmy | DC Number<br>FG1538 | Quarters<br>G-2035 | Job Assignment<br>Max | Date<br>1-27-25 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☒

I DONT WANT VEGAN DIET BCUZ ITS NOT

PROPER FOOD

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____          DC# 91538

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**          205  2501  0913          DATE RECEIVED: JAN 27 2025

The new list comes out February 5 your name will be taken off.

(ID COURT)
SEE: THO STILL D'NIED KOSHER DIET
WHICH IS PREFERENCE

[The following pertains to informal grievances only:
Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J. Gainns | Official (Signature): JC Gainns | Date: 1/30/25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DCI-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

MEDICAL RECORDS / C.O.C.

| Mail Number: | |
|---|---|
| Team Number: | |
| Institution: | FSP |

| **TO:**<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☒ Other | MEDICAL RECORDS |
|---|---|---|---|---|---|

| **FROM:** | Inmate Name<br>Kunter Timmy | DC Number<br>F91538 | Quarters<br>G2203$ | Job Assignment<br>Max | Date<br>2.6.25 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☐

REQUEST 2 VIEW MEDICAL RECORDS 4 LITIGATION & CASE

#1:25CV56.        PLEEZ SCHEDULE. THANK U!

ALSO, I'LL NEED CERTAIN COPIES PROVIDED @ VIEWING

SESSION(S).

                                    RESPECTFULLY!

DOT'S IN RECORD AS PROOF 2 SABOTAGE

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | | DC#: F91538 | **RECEIVED** |
|---|---|---|---|

**DO NOT WRITE BELOW THIS LINE**                    **FEB 11 2024 /25**

**RESPONSE**                                    DATE RECEIVED:    **FSP MEDICAL RECORDS**

The Departments policy requires all inmates to have funds available at the time that copies of medical Records are requested. There are no exceptions for indigent inmates. You have not provided proof to receive free copies. But you may record review and make notes.

You will be placed on a callout.

NOTE: ID COURT! I Jus Recently found out about LIBEL / SLANDER BY M/H STAFF FILED DOT'S IN RECORD AS PROOF 2 SABOTAGE

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): R. Harris | Official (Signature): K. Harris<br>Med Records Clerk<br>FSP | Date: 2-11-25 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                Incorporated by Reference in Rule 33-103.005, F.A.C.

EXHIBIT

*4th Day on Hunger Strike*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

*RE DECLARED*

Date: 4-3-2025

Time: _____

Inmate Name: Kinner

DC#: F91538

Housing assignment: Max G2203ᵇ

Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐    Mental Health

☐    Dental

☒    Medical (explain): Yall have 4/1 on Hunger Strike, but 2 clarify, it started on 3/31 & now on 10ᵗʰ Str8 Refused Meal. 229s May Not Reflect Truth, so dey not Reliable 4 Meal Refusals (Precisely)

When did problem/symptoms start? _____

_____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: 4-4-25 @ 0700
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level:  ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:    Original – File on R side of outpatient record in date order
Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1/27/25                                    Time: _____

Inmate Name: Kinner Timmy        DC#: 771538

Housing assignment: MAX6-203        Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐     Pass/pass renewal

☐     Medication renewal

☐     Need information (explain): _____

☐     Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐     Mental Health

☐     Dental

☐     Medical (explain): NEED BACITRACIN 4 CUTS & SCRATCHS
ALSO 4 MEALS @ DINNER 1/26/25 4 HUNGER STRIKE

When did problem/symptoms start? _____

| TO BE COMPLETED BY TRIAGE NURSE: |
| --- |
| Date/Time received: _____ |
| Triaged by: (Print name and licensure) _____ on (Date/Time) _____ |
| Assigned Triage Level:  ☐ Routine     ☐ Urgent     ☐ Emergent |
| Date patient assessed by nurse: _____  Signature/Stamp of Nurse Completing Sick Call: _____ |

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)        (Revised 6/21)        Incorporated by Reference in Rule 33-402.101, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _5/5/2025 (Monday)_     Time: _____

Inmate Name: _Kinner (Inmate)_     DC#: _V41538_

Housing assignment: _G 3203 Max_     Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☐No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☐No
If so, why:_____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☒    Need information (explain): _LAB RESULTS REQUESTED_

☐    Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐    Mental Health

☐    Dental

☒    Medical (explain): _ON 3RD SHIFT TUES LT (Owens) DENIED ME (DIALYSIS DINNER) FOOD DIET_
_WAS I'M ONLY ON H/S PARTY WILL ALSO MEDICAL ... I'VE BEEN DENIED PROPER RELIGIOUS DIET_
_& (DIET) I'M UNDER DR. & I'M SICK (DID) PROCEDURES & HAVE MY DIAGNOSIS ..._
_BEEN APPROVED BY MULTIPLE PCP'S INDIVIDUALS & ALSO AREAS ... ALL THE ... ... ..._

When did problem/symptoms start? _2025 MULTIPLE PLACES TIMES & MORE REQUESTS ON 5/1_
_(& BREAKFAST LUNCH) WAS DENIED PROPER MEALS (SEE NU) NEED PROPER RELIGIOUS DIET_
_(MONDAY) DENIED ME BREKFEST ON 5/8/25_

> **TO BE COMPLETED BY TRIAGE NURSE:**
> Date/Time received: _5-8-25 0800_
> Triaged by: (Print name and licensure)_____ on (Date/Time)_____
> Assigned Triage Level: ☐ Routine   ☐ Urgent   ☐ Emergent
> Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____

Inmate Name_____
DC#_V41538_     Race/Sex_BL/M_
Date of Birth_____
Institution_ISP_

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)     (Revised 6/21)     Incorporated by Reference in Rule 33-402.101, F.A.C.

EXHIBIT

## FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

2 HUNGER STRIKE

Date: _FRI MAY 9 2025_                     Time: _____

Inmate Name: _KINNER, Timmy_               DC#: _T91538_

Housing assignment: _Max G2203_            Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☐No
If so, what type:_____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☐No
If so, why:_____

Problem:

☐      Pass/pass renewal

☐      Medication renewal

☒      Need information (explain):_____

☐      Problem with ADA/Disability equipment or supplies (explain the problem):_____

☐      Mental Health

☐      Dental

☒      Medical (explain): _9TH MEAL = SAT MAY 10 2025 (@ DINNER, 7:24S NOT_
_ABSOLUTE) RELIGIOUS (ADV IS IT WORKS) START PLAYING W/MY FOOD &_
_KITCHEN IS NASTY & I DON'T TRUST FOOD OR STAFF (VERY NICE ODD) BED_
_POISON) NEED 2 C DR & SPECIALIST (HAD STOMACH INFECTION IN MY BODY)_

When did problem/symptoms start? _SINCE I BEEN HERE_

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: _5-9-15 @ 0600S_
Triaged by: (Print name and licensure)_____ on (Date/Time)_____
Assigned Triage Level:  ☐ Routine      ☐ Urgent      ☐ Emergent
Date patient assessed by nurse:_____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)      (Revised 6/21)      Incorporated by Reference in Rule 33-402.101, F.A.C.

*EXHIBIT*

*5TH OR 6 DAY*
*ON HUNGER STRIKE*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**INMATE SICK-CALL REQUEST**

Date: 5/12/2005                                Time: _____

Inmate Name: KINNER, Timmy              DC#: 41538

Housing assignment: MAX 6203             Job assignment: _____

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.)  ☐ Yes  ☐ No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.)  ☐ Yes  ☐ No
If so, why: _____

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   Problem with ADA/Disability equipment or supplies (explain the problem): _____

☐   Mental Health

☐   Dental

☒   Medical (explain): 5TH STRIKE DAY ON HUNGER STRIKE DUE 2 STAFF
DENIAL REFUSAL 2 PROVIDE SAFE, KOSHER FOOD AFTER I'VE ALLEGED
STAFF HAS CONTAMINATED POISON, &/OR TAMPERD W/ FOOD IN NUMEROUS
OCCASIONS & DEY ASK ME & TELL ME " WHY DO U THINK DIS? "I'M 1 2 POIN DIS"
When did problem/symptoms start? & " U NEED 2 EAT"
_____

---

**TO BE COMPLETED BY TRIAGE NURSE:**
Date/Time received: _____
Triaged by: (Print name and licensure) _____ on (Date/Time) _____
Assigned Triage Level:  ☐ Routine    ☐ Urgent    ☐ Emergent
Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: _____

---

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:   Original – File on R side of outpatient record in date order
Pink – Inmate **(special housing only – otherwise destroy)**

This form is not to be amended, revised, or altered without approval of the
Chief of Health Services Administration.

DC4-698A (Effective 05/21)     (Revised 6/21)     Incorporated by Reference in Rule 33-402.101, F.A.C.