**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

EXHIBIT

RECEIVED OCT 07 2024 Department of Corrections Inmate Grievance Appeals

Staff / Property

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Kinner  Timmy  /     F91538     RMC
Last   First   Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**   24-6-31187

Yall R incompetent or jus deliberate on impeding &/or caus'n delays. How I was told by DOC staff 2 contact 'em via request so my property won't get thrown away @ Santa Rosa & den I get moved nex day & have been 2 2 diffrent spots since dis & staff @ those spots told me 2 grieve issue & dey'd forward grievance 2 Santa Rosa yet dey faild 2 do dis & I dont want J. Martin (Sgt) @ Santa Rosa thrown away or keepn (stealin) any more of my property which I plan 2 take bak outa state w/ me bcuz I came w/ it & can't stay here in FL DOC safely

9/19/24
DATE

Tim K F91538
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__ / _____
                                                                           # Signature

RECEIVED SEP 20 2024 RMC MAILROOM

**INSTRUCTIONS**
This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: RMC MAILROOM   Institutional Mailing Log #: 209-8296    B. Helton
(Date)                                                                          (Received By)

209 11E NF

**DISTRIBUTION:**
Reception & Medical Center
Date: 9/19/24
Initials: 2of

INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION./FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Kinner    Tommy    _____    F91538    FSP
Last     First    Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**    24-6-36078

I DON'T TRUST FOOD BCUZ I'VE BEN TORGATED BY FDC STAFF & DEY'VE SAID DEY R GONA KILL ME, POISON MY FOOD W/ FENTANYL. IT'S ALSO NOT MY RELIGIOUS TENET(S) BEING HONORED, FOOD IS NOT HEALTHY, UN-CLEAN & I'VE BEN ON HUNGER STRIKE SINCE I GOT HERE ON 10/26/24. I'VE ONLY EATEN 1 RDP BAG. DIS DIET SHOULDN'T B DENIED BCUZ OF APPLICATION REQUIREMENT DIS IS NOT RITE. I'LL EAT IF DEY GIVE ME A SPECIAL APPROVED DIET. DEY HAVE P.B. SQUEEZE, CRACKERS, & OTHER SEALED ITEMS DAT MAY SUFFICE. I'VE HEARD FDC STAFF ALREADY RECENTLY KILLED CHARLES GUEST BY WORKIN W/ INMATE WORKR(S) TO POISON HIS FOOD.

11/6/24
DATE

_Tommy Kinner_ F91538
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:
2411205078    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**    2411-205-016

Submitted by the inmate on: NOV 07 2024    Institutional Mailing Log #:_____
                    (Date)                                (Received By)    8K(205)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

*[Stamp: RECEIVED NOV 18 2024 Department of Corrections Inmate Grievance Appeals]*

EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

022035 mix 138

☐ Third Party Grievance Alleging Sexual Abuse      ACCESS 2 COURTS DENIED

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

Kinner    Timmy              F91538           F.S.P.
Last    First   Middle Initial    DC Number      Institution

**Part A – Inmate Grievance**

UR DENIAL DOESNT CHANGE FACTS DAT SERVICE IS SUB-PAR & F.S.P. STAFF IS VERY INCOMPETENT, OTHRWISE MY COMPLAINT WOULDNT BE VALID OR WARRANTED; BUT IT IS. I'VE TRIED 2 CLARIFY & COMMUNE W/ & BE PATIENT W/ YALL, BUT YALL ONLY SHOW IN-COMPETENCE & IN-ABILITY. EXP. I SENT FORMS 4 COPIES. BAILEY DENIED NEEDED COPIES, CLAIMD SHE SENT 1 COPY (WHICH WAS A LIE) & ONLY SUCCEEDED IN WASTING MY DEADLINE. THEN ON 1/13/25 I GO 2 WRIT ROOM & MS WILLIAMS & I/M WORKR(S) MAKE WRONG & IN-ADEQUATE COPIES & I DIDNT REALIZE TIL I GOT BACK 2 CELL. LAST, I REQUESTD A VISIT 1/17/25 2 RECTIFY ISSUE, BUT BETTERSON DENIED DIS BASED ON IGNORANCE & SPECULATION.

BAILEY, WILLIAMS & BETTERSON NOR I/M WORKERS CANT BE CERTIFIED AS LAW REQUIRES 4 DER POSITIONS &/OR DUTIES.

Jan 16 2025          JK F91538
DATE            SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   0 / __
2501-205-141                                  #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

JAN 17 2025      Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____     JK
                  (Date)                                (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)              INMATE
                INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)             Incorporated by Reference in Rule 33-103.006, F.A.C.

PART B - RESPONSE

| KINNER, TIMMY | F91538 | 2501-205-141 | FLORIDA STATE PRISON | G2203S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Further investigation reveals the following information:

In accordance with Chapter 33-103.014 Reasons for Return of Grievance or Appeal without Processing (1) (v): the inmate is using the grievance process to ask questions or seek information, guidance or assistance.

Therefore, based on the foregoing information; your grievance is returned without action.

J. Hodge

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

1/17/25
DATE

JAN 21 2025

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**     EMERGENCY

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

| Kinner | Timmy | | F91538 | RMC |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance

I got here on 8/27, requested mental health next day, got reply from M.H. yet dept staff has fail'd 2 speak w/ me tho dey say dey would & I'm bein attackd mentally, physically & more.

9/19/2024   DATE

Signature: —K— F91538
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
                                                                        #   Signature

**INSTRUCTIONS**
This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

OIL Mental Health

Submitted by the inmate on: _____ (Date)
Reception & Medical Center
Date: 9/20/24
Initials: /B

Receipt for Appeals Being Forwarded to Central Office
Institutional Mailing Log #: 2409-209-144  /1  (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY         CENTRAL OFFICE
INMATE (2 Copies)            INMATE
INMATE'S FILE                INMATE'S FILE - INSTITUTION./FACILITY
INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

3 of 5

EMERGENCY MEDICAL DELIBERATE INDIFFERENCE CLAIM

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☒ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Kinney T. _____ F91538 FSP
Last  First  Middle Initial    DC Number    Institution

**Part A – Inmate Grievance**

I need 2 B seen- my Kops Keppra I havent took n days! I need 2 speak w/ mw/h staff. I need shampoo, muscle rub, hydrocortisone. I need a medical of alkali vs. acidic foods which is bad 4 any health. I also need front cuff pass bcuz Im supposed 2 have D/S & PT was started & not finished & need x-rays on left arm, shoulder & hip & leg.

10/29/24  2410-205-186  F91538
DATE    SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
                                                                        #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

OCT 29 2024    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____  _____
                              (Date)                                              (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

*EMERGENCY*   *Mis-Conduct*

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Kinner, J.                                    F91538              FSP
Last    First    Middle Initial               DC Number           Institution

**Part A – Inmate Grievance**

I HAVE A BROKE ARM & A FRONT CUFF PASS ISSUED BUT DUE 2 DELIBERATE INDIFFERENCE MEDICAL STAFF IS SAYIN I DON'T HAVE PASS WHICH WAS ISSUED & SHOULDA BEN RE-NEWED BCUZ I NEED IT. HOWEVER, BCUZ DEY FAIL 2 OFFER PROPER TREATMENT IM FORCED 2 DEAL W/ DIS PROBLEM & MORE CREATED DUE 2 & AS A RESULT OF FPC'S MEDICAL STAFF RE-FUSING 2 PROVIDE PROPER MEDICAL CARE, NURSE SHIFLETT & DRs @ RMC & NOW MEDICAL HERE IS ACTING AS IF MY INJURIE(S) ARENT DOCUMENTED & ACCESSIBLE.

10/29/24                 2410-305-184                    F91538
DATE                                              SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    Ø /
5th                                                                    #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: OCT 29 2024    Institutional Mailing Log #: _____    _____ (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY            CENTRAL OFFICE
                INMATE (2 Copies)                INMATE
                INMATE'S FILE                    INMATE'S FILE - INSTITUTION./FACILITY
                INSTITUTIONAL GRIEVANCE FILE     CENTRAL OFFICE INMATE FILE
                                                 CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

1 of

EXHIBIT Med

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED OCT 16 2024
Department of Corrections
Inmate Grievance Appeals

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: Kinner Timmy    F91538    RMC
Last  First  Middle Initial    Number    Institution

Part A – Inmate Grievance    246-32203

Ms S. is not a good M/H staff 4 me; she seems 2 only b good @ preppn people 2 get sprayd. She makes me more depressd & I'm not getn proper M/H treatment since bein here & sessions include security staff which makes it awkward b/cuz most complaints & M/H problems stem from staff mis-conduct

10/3/24
DATE

Jim Kin F91538
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___

RECEIVED OCT 07 2024
RMC MAILROOM

Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

RECEIVED RMC MAILROOM

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 2409-0334    B. Helton
(Date)    (Received By)

Reception & Medical Center
Date: 10/3/24
Initials: G

DISTRIBUTION:
INSTITUTION/FACILITY        CENTRAL OFFICE
INMATE (2 Copies)           INMATE
INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                            CENTRAL OFFICE GRIEVANCE FILE

2409-209-1444

DC1-303 (Revised 2/05)    5 of 5