

Florida State Prison
Kinner, Timmy # F91538
PO BOX 800
Raiford, FL 32083

OFFICIAL BUSINESS

US COURT CLERK
550 W. FORT ST.
BOISE, ID 83724

LEGAL MAIL

U.S. POSTAGE PAID
USPS Ground Advtg
RAIFORD, FL 32083

US POSTAGE $016.
ZIP 32083

Mailed From A State Correctional Institution

U.S. MARSHAL
MAY 19 2025
EXAMINED

Retail

USPS TRACKING #
9534 6166 3086 5134 2270 12