25 CV 56

EXHIBIT

as Legal Purposes

Taken From

Imminent Danger

Item # 80